**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **20-02804** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $     **708,470.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $     **3,794,530.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $     **4,503,000.00** |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $     **5,656,854.98** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $     **11,751.73** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $     **695,169.83** |
| **Your total liabilities** | $     **6,363,776.54** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $     **1,400.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $     **3,225.00** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ■ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☐ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Wayne Strickland** | |
|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | |
| | | Case number *(if known)* **20-02804** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mattie Charlene Strickland** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **20-02804**

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | **What is the property?** Check all that apply | |
|---|---|---|---|

**1.1**

**6245 Norton Rd**
Street address, if available, or other description

**Green Sea**    **SC**    **29545-0000**
City    State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**81.09 acres with improvements**
**TMS 0100001040**
**tax value $266,080**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$266,000.00**    **$266,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ Check if this is community property
(see instructions)

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

**If you own or have more than one, list here:**

1.2

**Hwy 206 & 33**

Street address, if available, or other description

**Green Sea**    **SC**    **29545-0000**
City    State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**4.52 acres**
**tms 1500001011**
**tax value $20600**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$20,600.00**    **$20,600.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

**If you own or have more than one, list here:**

1.3

**Fairbluff Hwy**

Street address, if available, or other description

**Green Sea**    **SC**    **29545-0000**
City    State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**8.35 acres**
**tms 01500001154**
**tax value $35720**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$35,720.00**    **$35,720.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

**If you own or have more than one, list here:**

1.4

**Broadwell and Hwy 33**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$34,220.00**                              **$34,220.00**

**Green Sea         SC      29545-0000**
City                State    ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

**Horry**
County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**11.01 acres
tms 15000001128
tax value 34220**

**If you own or have more than one, list here:**

1.5

**NC State Route 1347**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$26,700.00**                              **$26,700.00**

City                State    ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Cerro Gordo township, Columbus county, NC
PIN 0107.00-80-5788.000
tax value 26700**

Official Form 106A/B                    Schedule A/B: Property                              page 3

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| Debtor 2 | **Mattie Charlene Strickland** |

Case number *(if known)*  **20-02804**

---

1.6 **If you own or have more than one, list here:**

**6470 Strickland Rd**
Street address, if available, or other description

**Green Sea**        **SC**    **29545-0000**
City                State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**tms 0100001098**
**tax value 55800**
**subject to life estate held by Virginia Strickland**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**remainder interest**

☐ Check if this is community property
(see instructions)

---

1.7 **If you own or have more than one, list here:**

**6470 Strickland Rd**
Street address, if available, or other description

**Green Sea**        **SC**    **29545-0000**
City                State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**50% interest in 62.42 acres**
**tms 0150001017**
**tax value 166540**
**other 50% owned by Virginai Strickland trust**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$166,540.00** | **$83,270.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

---

**1.8**    **If you own or have more than one, list here:**

**Hwy 33**
_Street address, if available, or other description_

**Green Sea**    **SC**    **29545-0000**
City    State    ZIP Code

**Horry**
County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**24.82 acres
tms 150001002
tax value 119860**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$119,860.00**

**Current value of the portion you own?**
**$119,860.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property**
  (see instructions)

---

**1.9**    **If you own or have more than one, list here:**

**Shelley Road**
_Street address, if available, or other description_

**Marion**    **SC**    **29571-0000**
City    State    ZIP Code

**Marion**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**56.5 acres
TMS 044-00-00-030-000
tax value $122,100**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$122,100.00**

**Current value of the portion you own?**
**$122,100.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- ☐ **Check if this is community property**
  (see instructions)

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................................=>**

**$708,470.00**

---

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Silverado** | ☑ Debtor 1 only | | |
| | Year: | **2010** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **150000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$12,000.00** | **$12,000.00** |

| 3.2 | Make: | **Harley Davidson** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **FLH** | ☑ Debtor 1 only | | |
| | Year: | **1979** | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$7,500.00** | **$7,500.00** |

| 3.3 | Make: | **Cadillac** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Escalade** | ☑ Debtor 1 only | | |
| | Year: | **2012** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **62000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$23,000.00** | **$23,000.00** |

| 3.4 | Make: | **Kia** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Sedonna** | ☑ Debtor 1 only | | |
| | Year: | **2003** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **137000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$2,500.00** | **$2,500.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **Challenger boat** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | | ☑ Debtor 1 only | | |
| | Year: | | ☐ Debtor 2 only | | |
| | | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **with 125 hp Johnson** | | ☐ Check if this is community property (see instructions) | **$2,000.00** | **$2,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | |
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

**$47,000.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **Living Room: couch (2)$450, chair $75, table(2) $100, lamp (2) $20, television $350, air condition $90, heater gas $100** **Dining Room: table $125, chair $140, air condition $250, gas logs $300, computer $400, desk $25** **Bedrooms: bed(3) $450, chair $125, dresser(3) $300, chest of drawers $300, mirror(3)$145, television $225, air condition(2) $225, linens $500** **Kitchen: microwave $100, refrigerator $800, deep freezer $300, dishwasher $200, washing machine $275, dryer $275, stove $250, dishes $240, cookware $500, oven $210** **Other Rooms: desk $400, chair $50, sewing machine $25, Iron $20, camera $75, lawn mower $2500, television $70** | **$10,410.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **television $350, computer $400, television $225, television $70** | **$1,045.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **approx 150 porcelain dolls** | **$1,500.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **rod & reels** | **$50.00** |
| **exercise bike $25, camera $20** | **$45.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

| | |
|---|---|
| Browning 10 gauge $300, Remington 12 gauge $200, Remington 7mm $250,, 17 Fireball $200, 22 Revolver $100, | $2,400.00 |
| .380 S&W $100, .38 S&W $100 | $200.00 |
| 45 Ranger $400, Ruger ar 15 $600,  Browning 300 $350 | $1,350.00 |

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| clothing | $200.00 |
| clothing | $300.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 3 rings | $75.00 |
| watch $10, wedding band $100, diamond ring $400, 4 stainless rings $20, missc costume jewelry $50 | $580.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| yellow lab, weimaraner, Chesapeake Bay retriever, and chihuahua | $200.00 |
| Australian shepherd dog | $20.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................................

   **$18,375.00**

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

■ Yes.........................................................................

| | Cash | $100.00 |
|---|---|---|

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.....................        Institution name:

| 17.1. | **checking** | **United Community Bank** | $0.00 |
|---|---|---|---|

---

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | | % of ownership: | | |
|---|---|---|---|---|
| **1/3 interest Strickland farms of Green Sea, Inc** | | **33** | % | **Unknown** |
| **1/3 interest Strickland farms of Green Sea, Inc** | | **33** | % | **Unknown** |

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
        Type of account:        Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

■ Yes.  Give specific information about them...

---

Debtor 1   **Terry Wayne Strickland**
Debtor 2   **Mattie Charlene Strickland**

Case number *(if known)* **20-02804**

---

**Terry Wayne Strickland, Trustee of Terry Wayne Strickland Living Trust. the Trust owns the following real estate, that the debtor conveyed to the Trust in February, 2012:**

| TMS | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |

**Above real estate has been pledged to secure debt owed by Strickland Farms of Green Sea, Inc.**

$839,740.00

---

**Terry Wayne Strickland, Trustee of Terry Wayne Strickland Living Trust. the Trust owns the following real estate, that the debtor conveyed to the Trust in February, 2012:**

| TMS | tax value | acreage |
|---|---|---|
| 100001057 | $29700 | 6.68 |
| 1500001085 | $16400 | 3.24 |

**no liens on this real estate**

$46,100.00

---

**Terry Wayne Strickland, Trustee of Terry Wayne Strickland Living Trust. the Trust owns a 50% interest in the following real estate, that the debtor conveyed to the Trust in February, 2012. Debtor's sister, Gloria Jean Strickland Causey owns the other 50% :**

| TMS | tax value | acreage |
|---|---|---|
| 0380001006 | 353,300 | 7.51 with improvements |

$176,650.00

---

**Terry Wayne Strickland, Trustee of Terry Wayne Strickland Living Trust. the Trust owns the following real estate, located in Columbus County, NC, that the debtor conveyed to the Trust in January, 2012:**

| PIN | tax value | acreage |
|---|---|---|
| 0107.00-81-8059.000 | $12,300 | 5.39 |

$12,300.00

---

**Charlene Elliott Strickland, Trustee of Charlene Elliott Strickland Living Trust. the Trust owns the following real estate, that the debtor conveyed to the Trust in February, 2012:**

| TMS | tax value | acreage |
|---|---|---|
| 0190001041 | $7000 | .99 with 1979 |

**24X56 Horton mobile Home**
**Above real estate has been pledged to Harvey Fertilizer & Gas Co.**

$7,000.00

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Terry Wayne Strickland | | |
|---|---|---|---|
| Debtor 2 | Mattie Charlene Strickland | Case number *(if known)* | **20-02804** |

| Money or property owed to you? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
               Company name:                                   Beneficiary:                         Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

| claim for fire damage to Brick House at 4000 Fair Bluff Hwy Green Sea, South Carolina 26545 | **Unknown** |
|---|---|

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| **$1,081,890.00** |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
■ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☐ No
■ Yes................

| | |
|---|---|
| **2 Belgium horses - $200, Blue Tenn. Walker - $300, 6 gots - $600, Billy goat $600** | **$1,700.00** |

48. **Crops—either growing or harvested**
■ No
☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
■ Yes................

| | |
|---|---|
| **farm machinery and equipment - see attached list** | **$2,530,065.00** |
| **John Deere 2620 disk** | **$43,000.00** |
| **John Deere 7420 row crop tractor** | **$35,000.00** |
| **John Deere 6100 Hicycle sprayer** | **$7,500.00** |
| **Kubota RTV-X1100CRL-A sn 35192** | **$18,000.00** |
| **Kubota RTV-X1100CRL-A sn 40365** | **$12,000.00** |

50. **Farm and fishing supplies, chemicals, and feed**
■ No
☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
■ No
☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................................................

**$2,647,265.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | | |
| | | Case number *(if known)* | **20-02804** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................
$0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................. | | $708,470.00 |
| 56. | **Part 2: Total vehicles, line 5** | $47,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $18,375.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,081,890.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $2,647,265.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $3,794,530.00 | Copy personal property total $3,794,530.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $4,503,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EQUIPMENT

| brand | description | value |
|---|---|---|
| GVM | Prto-cal hi crop sprayer | 45,000 |
| JD | 8530 tractor | 115,000 |
| Komatsu | PC220LC-5 excavator | 24000 |
| Fleco | stump bucket | 3500 |
| Blueline | 3 peanut dryers | 21000 |
| KMC | peanut inverter | 15000 |
| JD | 9660 combine | 75000 |
| Dresser | Dozier | 12500 |
| CIH | 1660 combine | 13000 |
| AgRain | hard hose traveler | 7500 |
| Shopbuilt | 3-pt blade | 1000 |
| LONG | 12,000 bu grain bin | 3500 |
| Long | 10,000 bu grain bin | 2500 |
| Butler | 7000 bu grain bin | 2000 |
| Butler | 7000 bu grain bin | 2000 |
| Read | 2500 bu grain bin | 1500 |
| Read | 2500 bu grain bin | 1500 |
| LONG | 3000 bu grain bin | 1750 |
| LONG | 3000 bu grain bin | 1750 |
| Butler | 2500 bu grain bin | 1500 |
| Butler | 2500 bu grain bin | 1500 |
| Hardee | 6x16 trailer | 1500 |
| Lilliston | 4r cultivator | 300 |
| Deutz | diesel pump | 2500 |
| Shopbuilt | 4 plant trailers | 3000 |
| ESCO | 32" excavator bucket | 500 |
| JD | 26' disk harrow | 2500 |
| | 2000 aluminum pipe | 3000 |
| Rainbird | 3 irrigation guns | 600 |
| Nelson | 3 200 guns | 1200 |
| Bush Hog | rotary mower | 350 |
| IH | 83 4r cultivator | 300 |
| IH | 183 Danish Tine cultivator | 300 |
| Powell | 2 lastover harvesters | 1000 |
| | app 1000' 6" aluminum pipe | 1500 |
| | app 3000' 4" aluminum pipe | 2000 |
| | 4 storage vans | 2000 |
| JD | HX 14 rotary mower | 9000 |
| JD | 4920 hicycle sprayer | 9000 |
| total this page | | 392,550 |

page 2

| | | |
|---|---|---|
| NH | TS6.140 MFWD tractor | 38000 |
| 3 4x4 | 2 carousel planter | 7000 |
| T&U | FG 251 fork lift | 7000 |
| Grassworks | Troto & weed wiper | 3750 |
| JCB | 214 series 4x4 TLB | 17500 |
| JD | 4960 tractor | 22500 |
| UFT | gravity box on 5 ton trailer | 1500 |
| Baca | baler | 3000 |
| Miller | Trailblazer welder | 3500 |
| NH | 353 feed mill | 2500 |
| Raymond | pallet jack | 400 |
| Rol-lift | pallet jack | 400 |
| Hardee | 7x18 trailer | 1750 |
| Hardee | 7x16 tilt top trailer | 1500 |
| Shopbuilt | 48"x12' dry leaf picking table | 3000 |
| | 12000 gal lay flat Storage tank | 6000 |
| | 2 -6000 gal poly storage tanks | 6000 |
| | 4500 gal poly tank | 2000 |
| JD | 5325 tractor | 13000 |
| | 3 pt middle buster | 300 |
| JD | 2155 tractor | 6000 |
| Roanoke | (3) 8 box barns | 7500 |
| amco | 35' disk harrow | 7500 |
| | 4' field cultivator | 400 |
| Bush hog | chisel plow | 1000 |
| Hardee | 7x6 trailer with tilt top | 1750 |
| Steiger | Panther tractor | 15000 |
| Westfield | 60-41 grain auger | 1500 |
| Westfield | 80-56 grain auger | 2500 |
| JD | 5 bottom plow | 750 |
| Reddick | 300 gal sprayer | 3500 |
| Atherns | Hyld. Fold disck 18' | 1500 |
| Amadas | 6525 header (parts) | 1000 |
| H &H | 500 gal 8r tobacco sprayer | 1500 |
| JD | 2600 5 bottom plow | 2500 |
| MF | 880 5 bottom plow | 1500 |
| Tufline | TN 932 disk harrow | 1750 |
| IH | 11 shank HC chisel plow | 1500 |
| Noble | GRW Vibra tine cultivator | 350 |
| Unverferth | Perfecta 12" field cultivator | 1500 |
| JD | 220 disk harrow w yellow gangs | 2000 |
| | 1000 gal poly tank on T.A. trailer | 1000 |
| total this page | | 204100 |

page 3

| | | |
|---|---|---:|
| Turfline | W956 disk harrow w/ 36 blades | 3000 |
| JD | 4R48shank  cultivator | 750 |
| Shopbuilt | 4R48 lay by cultivator | 750 |
| Bushhog | 8' Hyld scrape blade | 1000 |
| | 24 X 60 V bucket for Komatsu EXCV | 3500 |
| | 3 pt post hole auger | 750 |
| Paza | 8 wheel v rake | 1500 |
| Fella | h540D 4 basket hay tedder | 2750 |
| Reddick | offset ditcher | 1250 |
| Hardee | 3 pt 100 gallon sprayer w shield | 750 |
| Morra | 4 basket hay tedder | 750 |
| Hardee | 5' rotary mower | 500 |
| JD | 926 disk bine | 12500 |
| Westfield | WC 1335 Hyld conveyor w transport | 7500 |
| | 3500 gallon poly nurse tank w tie downs | 3000 |
| JD | 4R48 ripper bedder w telone rig, reset on | 4500 |
| Evans Mact | model stm-001 steamhouse for green house trays | 12000 |
| Hudson | T.A trailer w 1200 gal nurse tank | 3000 |
| IH | 844 corn header | 2000 |
| H&H | 500 gal TA 8R tobacco sprayer | 2750 |
| Unverferth | HT 25 header trailer | 2000 |
| Eversman | 12' box plane | 2500 |
| | 8 x 30 loading dock | 2500 |
| JD | 450 grain drill | 7500 |
| JD | h480 QT loader | 14000 |
| | 3 pt hay sprayer | 200 |
| hardee | 3 pt 6' mower | 300 |
| MF | 3 bottom plow | 200 |
| | 12 x 28 v bucket for TLB | 750 |
| MF | 7' scrape blade | 300 |
| Frontier | QT forks | 750 |
| | 2chisel plows 11 shank | 1500 |
| Shopbuilt | 3 pt water furrow plow | 750 |
| JD | 1435 front mount diesel mower | 8500 |
| Remlinger | 3 pt ditcher w drag shoe | 3000 |
| Ferguson | 3 pt ditcher | 750 |
| Lilliston | 3 pt 5th row plow | 300 |
| | 7' loader bucket | 750 |
| JD | QT 6' loader bucket | 500 |
| | 1600 gal poly nurse tank w tie downs | 1500 |
| JD | 1994 4960 tractor | 25000 |
| FMC | link belt ls3400 excavator w stick & boom & bucket | 12500 |
| total this page | | 150550 |

page 4

| | | |
|---|---|---:|
| JD | field cult 21' | 2500 |
| | 6 X 6 PTO powered irrigation pump | 450 |
| KMC | 6RW ripper bedder | 2500 |
| JD | 2 1630 new ground disk | 6000 |
| Unverferth | Perfecta II 24' hyld fold field cult w basket | 12500 |
| Hutchinson | 8 X 71 PTO auger w transport & catch | 3000 |
| Westfield | wr80-56 auger w transport & catch | 3500 |
| JD | 1590 no till drill 15' | 27500 |
| Unverferth | 330 strip till | 30000 |
| Unverferth | 332 6r30" strip till | 35000 |
| JD | 2014 459 mega wide round baler | 17500 |
| JD | 893 corn header | 12500 |
| Unverferth | 430 12rw ripper bedder | 30000 |
| JD | 7300 6rw vacuum planters | 7500 |
| JD | 2006 7320 tractor | 35000 |
| JD | hx14 rotary mower | 5000 |
| JD | 1890 CCS 42' air drill | 60000 |
| KMC | 4505 Phillips rotary harrow | 17500 |
| Fleco | 72" clan out bucket | 4500 |
| Hale | 6x6 pto pump | 1250 |
| IH | 490 32' disk harrow | 8500 |
| JD | 2014 8245 tractor | 165000 |
| CIH | 90-c farmall tractor | 62500 |

| | |
|---|---:|
| total this page | 549700 |
| grand total | 1,296,900 |

EQUIMENT TO BE SURRENDERED

| | | |
|---|---|---|
| Amadas | CLC-18 peanut lifter | 10000 |
| KMC | 6r36 peanut inverter | 12500 |
| Amadas | 1999 9665 peanut combine | 40000 |
| Amadas | 6519 header | 5000 |
| Amadas | 9960 self propelled peanut combine | 60000 |
| Amadas | 6518Eheader | 6000 |
| Amadas | LRM 6019 long arm mower | 21000 |
| DeClote | 3-35'x200' greenhouses with heaters | 40000 |
| Greenhouse Systems | 35'x200' float bed greenhouoses w heaters | 10000 |
| Transplant systems | 34x100' tomato greenhouse | 20000 |
| DeClote | Greenhouse seeder system | 4500 |
| Greenhouse Systems | ss tray washer w vat boom scrubbers | 3000 |
| Powell | 2-model 6342 Gen IV harvesters | 50000 |
| GVM prowler | model 9275 spreader truck | 75000 |
| Taylor | boxloader | 1000 |
| Powell | box loader | 1000 |
| Granville | 3-pt dump box | 12500 |
| Granville | dry leaf system | 70000 |
| Granville | green leaf system | 45000 |
| Clipper | 1008 seed cleaner | 500 |
| Unverferth | 275 seed tender | 2250 |
| Taylor | 8- model TBB10 all metal tobacco barns | 80000 |
| Long | 18- Blue Top Barns 8-box w heat exchangers | 36000 |
| Roanoke | 12 8-box barns w/ heat exchangeres | 36000 |
| Roanoke | 2 10 box barns w damper controls | 8000 |
| Tharrington | 5- 8box all metal pro cure barns | 50000 |
| Long | 4- 8 box blue top barns | 18000 |
| Unverferth | Seed runner 3750 tri-axle seed tender | 15000 |
| Big M | 750 bu grain cart | 5000 |
| Taylor Way | 15' bat wing mower | 4500 |
| JD | 6000 Hi-Cycle | 7500 |
| Powell | 4R toppers with hi-cycle mounts | 3500 |
| Roanoke | Gregory lastover tobacco harvester | 2500 |
| JD | 995 6bottom switch plow | 12500 |
| KMC | 4R48 rolling cult w fert app | 2500 |
| Hardee | 500 gal 8R tobacco sprayer | 2000 |
| sukup | 2- 4R48 hi-residue cult w lay by wings | 9000 |
| JD | HX10 3-pt rotary mower | 4000 |
| Ferguson | 4R48 til-rovator w bed shapers & spray boom | 5000 |
| Amadas | peanut dump cart | 25000 |
| KMC | 4R48 rolling cultivator | 1500 |
| total this page | | 816750 |

| | | |
|---|---|---|
| Rhino | DB-150 ditch bank mower | 3500 |
| Hardee | 4060 ditch bank mower | 2500 |
| Shopbuilt | 4R48 lay by tobacco bedder | 1500 |
| KMC | 4R48 rolling cult. W fert dist | 2750 |
| SuperC | 10' box grader | 4500 |
| Chandler | hi-crop ss spreader | 12500 |
| Shopbuilt | 5th row bedder | 500 |
| | 6R Pittsburgh style cultivator | 750 |
| Bush hog | 10' all hydr. Scrape blade | 5000 |
| JD | 2012 7330 tractor | 60000 |
| TCM | 806 wheel loader | 7000 |
| Shopbuilt | t.a. trailer w 750 gal fuel tank & pump | 2250 |
| NH | 4960 tractor | 18000 |
| Great Plains | 2400 turbo chopper | 42000 |
| Hobbs | 8557 2r peanut combine | 1500 |
| JD | 2004 7420 hi-crop tractor | 35000 |
| Timpte | 2008 super hopper w 72" sides | 22500 |
| Granville | 2r last over self propelled harvester | 70000 |
| | lay by boom with hi-cycle mounts | 3500 |
| Taylor | box loader | 750 |
| JD | 6100 hi-cycle | 27500 |
| Wilmar | 6r hooded sprayer | 6000 |
| Roanoke | G-195 long arm mower | 10000 |
| KBH | 12r nitrogen app w 1300 gal tank | 12500 |
| Carolina Tobacco Serv. | 2r tobacco combine | 65000 |
| total this page | | 417000 |
| | | |
| grand total | | 1233750 |

| | | |
|---|---|---|
| ask Terry | 90c farmall tractor | |

**Fill in this information to identify your case:**

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mattie Charlene Strickland** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **20-02804**
(if known)

☐ Check if this is an
    amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Chevrolet Silverado 150000 miles**<br>Line from *Schedule A/B*: **3.1** | $12,000.00 | ☑ $6,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **2012 Cadillac Escalade 62000 miles**<br>Line from *Schedule A/B*: **3.3** | $23,000.00 | ☑ $6,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **Living Room: couch (2)$450, chair $75, table(2) $100, lamp (2) $20, television $350, air condition $90, heater gas $100**<br>**Dining Room: table $125, chair $140, air condition $250, gas logs $300, computer $400, desk $25**<br>**Bedrooms: bed(3) $450, chair $125, dre**<br>Line from *Schedule A/B*: **6.1** | $10,410.00 | ☑ $10,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **.380 S&W $100, .38 S&W $100**<br>Line from *Schedule A/B*: **10.2** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(15) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number (if known) | **20-02804** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **45 Ranger $400, Ruger ar 15 $600, Browning 300 $350**<br>Line from *Schedule A/B*: **10.3** | $1,350.00 | ■              $1,350.00<br>☐   100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| **3 rings**<br>Line from *Schedule A/B*: **12.1** | $75.00 | ■              $75.00<br>☐   100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **watch $10, wedding band $100, diamond ring $400, 4 stainless rings $20, missc costume jewelry $50**<br>Line from *Schedule A/B*: **12.2** | $580.00 | ■              $580.00<br>☐   100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry Wayne Strickland** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mattie Charlene Strickland** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **20-02804** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1 Anderson Brothers Bank** Creditor's Name | Describe the property that secures the claim: **6245 Norton Rd Green Sea, SC 29545  Horry County 81.09 acres with improvements TMS 0100001040 tax value $266,080** | $237,448.55 | $266,000.00 | $0.00 |

**PO Box 301
Mullins, SC 29574**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1   **Terry Wayne Strickland**
First Name          Middle Name          Last Name

Debtor 2   **Mattie Charlene Strickland**
First Name          Middle Name          Last Name

Case number (if known)   **20-02804**

| 2.2 | **Anderson Brothers Bank** | Describe the property that secures the claim: | $12,256.00 | $266,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6245 Norton Rd Green Sea, SC
29545  Horry County
81.09 acres with improvements
TMS 0100001040
tax value $266,080**

**PO Box 301
Mullins, SC 29574**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.3 | **ArborOne, ACA** | Describe the property that secures the claim: | $690,093.45 | $0.00 | $690,093.45 |
|---|---|---|---|---|---|

Creditor's Name

**800 Woody Jones Blvd
Florence, SC 29501**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **06/19/2015**      Last 4 digits of account number   **6624**

---

| 2.4 | **ArborOne, ACA** | Describe the property that secures the claim: | $488,941.00 | $0.00 | $488,941.00 |
|---|---|---|---|---|---|

Creditor's Name

**800 Woody Jones Blvd
Florence, SC 29501**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **04/11/2016**      Last 4 digits of account number   **6629**

---

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.5 | **ArborOne, ACA** | | | **$1,871,579.38** | **$0.00** | **$1,871,579.38** |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**800 Woody Jones Blvd
Florence, SC 29501**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 03/28/2017    **Last 4 digits of account number** 6630

---

| 2.6 | **ArborOne, ACA** | | | **$89,609.54** | **$0.00** | **$89,609.54** |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**800 Woody Jones Blvd
Florence, SC 29501**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 05/25/2018    **Last 4 digits of account number** 6632

---

| 2.7 | **ArborOne, ACA** | | | **$85,847.22** | **$0.00** | **$85,847.22** |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**800 Woody Jones Blvd
Florence, SC 29501**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 06/20/2018    **Last 4 digits of account number** 6633

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

| Debtor 1 | **Terry Wayne Strickland** | | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | | |
| | First Name | Middle Name | Last Name | | | |

---

| 2.8 | **ArborOne, ACA** | Describe the property that secures the claim: | **$318,705.00** | **$0.00** | **$318,705.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**800 Woody Jones Blvd
Florence, SC 29501**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **06/07/2016**          Last 4 digits of account number **1501**

---

| 2.9 | **ArborOne, ACA** | Describe the property that secures the claim: | **$422,264.14** | **$0.00** | **$422,264.14** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**800 Woody Jones Blvd
Florence, SC 29501**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **06/07/2016**          Last 4 digits of account number **8602**

---

| 2.10 | **Harvey Fertilizer & Gas Co.** | Describe the property that secures the claim: | **$403,799.44** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | **equipment** | | | |

**Att: Mike Pollard
PO Box 189
Kinston, NC 28502**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 **Terry Wayne Strickland**
　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2 **Mattie Charlene Strickland**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known)　**20-02804**

| 2.1 1 | **Helena Chemical Co.** | Describe the property that secures the claim: | $612,500.00 | $2,530,065.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**farm machinery and equipment - see attached list, and real estate**

**225 Schilling Blvd Collierville, TN 38017**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

| 2.1 2 | **John Deere Financial** | Describe the property that secures the claim: | $18,436.16 | $42,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Great Plains 2400 mulcher**

**6400 NW 86th Street P.O. BOX 6600 Johnston, IA 50131-6600**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** **1382**

| 2.1 3 | **John Deere Financial** | Describe the property that secures the claim: | $42,048.45 | $43,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**John Deere 2620 disk**

**6400 NW 86th Street P.O. BOX 6600 Johnston, IA 50131-6600**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** **3802**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 9

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.1 4 | **John Deere Financial** | Describe the property that secures the claim: | $12,651.20 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**John Deere 7420 row crop tractor**

**6400 NW 86th Street**
**P.O. BOX 6600**
**Johnston, IA 50131-6600**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number    **5034**

---

| 2.1 5 | **John Deere Financial** | Describe the property that secures the claim: | $15,717.57 | $7,500.00 | $8,217.57 |
|---|---|---|---|---|---|

Creditor's Name

**John Deere 6100 Hicycle sprayer**

**6400 NW 86th Street**
**P.O. BOX 6600**
**Johnston, IA 50131-6600**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number    **6141**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.16** | **Kubota Credit Corporation USA**
Creditor's Name

**Describe the property that secures the claim:** | **$18,356.00** | **$0.00** | **$18,356.00**

**PO Box 2046**
**Grapevine, TX 76099**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____      **Last 4 digits of account number** _____

---

**2.17** | **Mortgage Service Center/PHH Mortgage**
Creditor's Name

**Describe the property that secures the claim:** | **$178,477.00** | **Unknown** | **$178,477.00**

**Real Estate Mortgage**

**Attn: Bankruptcy Department**
**Po Box 5452**
**Mount Laurel, NJ 08054**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 08/11  Last Active**
**Date debt was incurred**  **8/15/18**      **Last 4 digits of account number**  **1974**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 8 | **United Community Bank** | Describe the property that secures the claim: | **$70,047.75** | **$119,860.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

> **Hwy 33 Green Sea, SC 29545  Horry County**
> **24.82 acres**
> **tms 150001002**
> **tax value 119860**

**125 Highway 515 E
Blairsville, GA 30512**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

| 2.1 9 | **United Community Bank** | Describe the property that secures the claim: | **$13,575.00** | **$23,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

> **2012 Cadillac Escalade 62000 miles**

**125 Highway 515 E
Blairsville, GA 30512**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.20 | **Yam City Gas** | Describe the property that secures the claim: | **$54,502.13** | **$0.00** | **$54,502.13** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**902 E 5th St.
Tabor City, NC 28463**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number** _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$5,656,854.98** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$5,656,854.98** |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Edward J. Coyne, III
Ward & Smith, P.A.
PO Box 7068
Wilmington, NC 28406**

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Kubota Credit Corp.
1000 Kubota Dr.
Grapevine, TX 76051**

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Luke M. Allen
Adams and Reese LLP
PO box 2285
Columbia, SC 29202**

On which line in Part 1 did you enter the creditor? **2.18**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Rick Mendoza
PO Box 2426
Columbia, SC 29202**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **20-02804** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Horry County Treasurer** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**1301 Second Ave.**
**Conway, SC 29526**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| Debtor 1 | **Terry Wayne Strickland** | |
|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number (if known)    **20-02804** |

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | **$3,195.65** | **$0.00** | **$3,195.65** |

Priority Creditor's Name

**Insolvency Group 4**
**1835 Assembly St.**
**MDP39**
**Columbia, SC 29201**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **SC Department of Revenue** | Last 4 digits of account number | | **$8,556.08** | **$0.00** | **$8,556.08** |

Priority Creditor's Name

**PO Box 125**
**Columbia, SC 29214**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**tax liens recorded**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number (if known)    **20-02804**

---

| 4.1 | **Merchants Ad** | Last 4 digits of account number    **4766** | **$53.00** |

Nonpriority Creditor's Name
**Att: Bankruptcy**
**56 N Florida St.**
**Mobile, AL 36607**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

| 4.2 | **Anderson Oil Co.** | Last 4 digits of account number | **$32,299.52** |

Nonpriority Creditor's Name
**6920 US-76**
**Nichols, SC 29581**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

| 4.3 | **Bill King** | Last 4 digits of account number | **$135,000.00** |

Nonpriority Creditor's Name
**365 McNeil Rd**
**Fair Bluff, NC 28439**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1 **Terry Wayne Strickland**
Debtor 2 **Mattie Charlene Strickland**

Case number *(if known)*  **20-02804**

---

| 4.4 | **C R Enterprises** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name

**2407 Marietta Lake Rd**
**Camden, SC 29020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 | **Dyrell's Auto Supply** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name

**209 Green Sea Rd**
**Tabor City, NC 28463**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 | **First Premier Bank** | Last 4 digits of account number _____ | $635.00 |

Nonpriority Creditor's Name

**Att: Bankruptcy**
**P O Box 5524**
**Sioux Falls, SD 57117-5524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number (if known)    **20-02804**

---

| 4.7 | **Pee Dee Md** | Last 4 digits of account number | **8940** | | $7,889.00 |

Nonpriority Creditor's Name

**412 S Dargan St**
**Florence, SC 29506**

When was the debt incurred?    **Opened 1/04/15 Last Active 4/15/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Debt**

---

| 4.8 | **Pee Dee Md** | Last 4 digits of account number | **1032** | | $1,984.00 |

Nonpriority Creditor's Name

**412 S Dargan St**
**Florence, SC 29506**

When was the debt incurred?    **Opened 5/10/15 Last Active 8/10/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Debt**

---

| 4.9 | **Pee Dee Md** | Last 4 digits of account number | **0303** | | $360.00 |

Nonpriority Creditor's Name

**412 S Dargan St**
**Florence, SC 29501**

When was the debt incurred?    **Opened 5/26/15 Last Active 8/10/16**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Debt**

---

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| Debtor 2 | **Mattie Charlene Strickland** |

Case number *(if known)* **20-02804**

---

**4.10**

| **PHI Financial Services** | Last 4 digits of account number | | $230,000.00 |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |

**P.O. BOX 660635**
**Dallas, TX 75266-0635**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11**

| **RSi East** | Last 4 digits of account number | **9360** | $162.00 |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |

**Attn: Bankruptcy**
**1325 Garner Lane Ste C**
**Columbia, SC 29210**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 06/16**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Mcleod Orthopaedics Seacoast**

---

**4.12**

| **Southeast Farm Equipment** | Last 4 digits of account number | | $16,627.31 |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |

**1424 Hwy 9 Business W**
**Loris, SC 29569**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

---

| 4.13 | **Synchrony Bank** | Last 4 digits of account number | **9264** | **$160.00** |

Nonpriority Creditor's Name

**Att: Bankruptcy Dept.**
**P.O. BOX 965060**
**Orlando, FL 32896-5060**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.14 | **Wrights Gas** | Last 4 digits of account number | | **$225,000.00** |

Nonpriority Creditor's Name

**235 US-701 Bypass**
**Tabor City, NC 28463**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:** | **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one)*:

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address

**PHI Financial Services, Inc.**
**P.O. BOX 1050**
**Johnston, IA 50131**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:** | **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total** | 6a. | **Domestic support obligations** | 6a. | $                  **0.00** |

| Debtor 1 | **Terry Wayne Strickland** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number (if known) | **20-02804** | |

| | | | | | |
|---|---|---|---|---|---|
| **claims from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **11,751.73** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **11,751.73** |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Total Claim** | |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **695,169.83** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **695,169.83** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **20-02804** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number   Street <br><br> City         State    ZIP Code | |
| 2.2 <br> Name <br><br> Number   Street <br><br> City         State    ZIP Code | |
| 2.3 <br> Name <br><br> Number   Street <br><br> City         State    ZIP Code | |
| 2.4 <br> Name <br><br> Number   Street <br><br> City         State    ZIP Code | |
| 2.5 <br> Name <br><br> Number   Street <br><br> City         State    ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **20-02804** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Strickland Farms of Green Sea, Inc**<br>**6470 Strickland Rd**<br>**Green Sea, SC 29545** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**ArborOne, ACA** |
| 3.2 | **Strickland Farms of Green Sea, Inc**<br>**6470 Strickland Rd**<br>**Green Sea, SC 29545** | ■ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**ArborOne, ACA** |
| 3.3 | **Strickland Farms of Green Sea, Inc.**<br>**6470 STRICKLAND RD**<br>**Green Sea, SC 29545** | ■ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Harvey Fertilizer & Gas Co.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | Case number *(if known)* | **20-02804** |
| | **Mattie Charlene Strickland** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.4 | **William Scott Strickland**<br>**5771 Broadwell Rd**<br>**Green Sea, SC 29545** | ■ Schedule D, line ___**2.8**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**ArborOne, ACA** |

| 3.5 | **William Scott Strickland**<br>**5771 Broadwell Rd**<br>**Green Sea, SC 29545** | ■ Schedule D, line ___**2.9**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**ArborOne, ACA** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| Debtor 2 (Spouse, if filing) | **Mattie Charlene Strickland** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **20-02804** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| **Occupation** | **self - farmer** | **self - farmer** |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Terry Wayne Strickland**
Debtor 2   **Mattie Charlene Strickland**                    Case number (*if known*)   **20-02804**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $         0.00 | $         0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $         0.00 | $         0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $         0.00 | $         0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $         0.00 | $         0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $         0.00 | $         0.00 |
| 5e. | **Insurance** | 5e. $         0.00 | $         0.00 |
| 5f. | **Domestic support obligations** | 5f. $         0.00 | $         0.00 |
| 5g. | **Union dues** | 5g. $         0.00 | $         0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ $         0.00 | + $         0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $         0.00    $         0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $         0.00    $         0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $         0.00    $         0.00

8b. **Interest and dividends**    8b. $         0.00    $         0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent receive regularly**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $         0.00    $         0.00

8d. **Unemployment compensation**    8d. $         0.00    $         0.00

8e. **Social Security**    8e. $       900.00    $       500.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f. $         0.00    $         0.00

8g. **Pension or retirement income**    8g. $         0.00    $         0.00

8h. **Other monthly income.** Specify:    8h.+ $         0.00    + $         0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $       900.00    $       500.00

10. **Calculate monthly income.** Add line 7 + line 9.    10. $       900.00   + $       500.00   = $     1,400.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$         0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $     1,400.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    Debtor projects net farm income of approx. $65,000 after expenses and creditor payments

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| Debtor 2 (Spouse, if filing) | **Mattie Charlene Strickland** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **20-02804** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

    **If not included in line 4:**

    4a.   Real estate taxes    4a. $ _____ 92.00
    4b.   Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses    4c. $ _____ 400.00
    4d.   Homeowner's association or condominium dues    4d. $ _____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number (if known) | **20-02804** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **383.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **450.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **300.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:     assistance for grandaughter in college | | 21. +$ | **1,000.00** |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **3,225.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **3,225.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **1,400.00** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,225.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-1,825.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **20-02804** |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Terry Wayne Strickland** | X **/s/ Mattie Charlene Strickland** |
|---|---|
| **Terry Wayne Strickland** | **Mattie Charlene Strickland** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **July 17, 2020** | Date **July 17, 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **20-02804** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | **Unknown** |
| | ■ Operating a business | | ■ Operating a business | |

| Debtor 1 | **Terry Wayne Strickland** | | | |
| Debtor 2 | **Mattie Charlene Strickland** | | Case number *(if known)* | **20-02804** |

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$881,340.00** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$68,467.00** |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number (*if known*) | **20-02804** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    |---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    |---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Harvey Fertilizer and Gas Co. v. Strickland Farms of Green Sea, Inc., Terry Wayne Strickland, and Charlene Elliot Strickland 4:17-cv-02740-MGL** | collection | **U S District Court for Dist. of SC** | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>**judgment entered 9/25/2019** |
| **Helena Agri-Enterprises LLC v. Terry Wayne Strickland, Mattie C. Strickland, and Strickland Farms of Green Sea, Inc. 2019CP2602023** | collection - confession of judgment filed | **Horry County SC Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**confession of judgment filed 4/1/2019** |
| **Yam City Oil and Gas Co, Inc v Terry Wayne Strickland 2019CP2604028** | collection | **Horry County SC Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>**judgment entered 8/29/2019** |
| **Arbor One ACA v. Terry Wayne Strickland, Terry Wayne Strickland as Trustee, Strickland Farms of Green Sea, Inc, Mattie Charlene Strickland, William Scott Sctrickland, Harvey Fertilizer and Gas Co., Helena Chemical Co., Yam City Oil and Gas Co., and United Community Bank 2019cp2607478** | foreclosure | **Horry County SC Court of Common Pleas** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| Debtor 2 | **Mattie Charlene Strickland** |

Case number *(if known)* **20-02804**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **United Community Bank v Terry Wayne Strickland, Terry Wayne Strickland as Trustee, Harvey Fertilizer and Gas Co., and Helena Chemical Co**<br>**2019CP2605668** | **foreclosure** | **Horry County SC Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Anderson Brothers Bank v. Terry Waynw Strickland, MAttie Charlene Strickland a/k/a Mattice C. Strickland, Helena Chemical Company, Harvey Fertilizer and Gas Co., and South Carolina Department of Revenue**<br>**2019CP2602715** | **foreclosure** | **Horry County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Agrifund LLC v. Strickland Farms of Green Sea, Inc., Terry Wayne Strickland, and Charlene Elliott Strickland**<br>**2020CP2603116** | **collection** | **Horry County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Anderson Brothers Bank v. Terry Waynw Strickland, MAttie Charlene Strickland a/k/a Mattice C. Strickland, Helena Chemical Company, and ArborOne, ACA**<br>**2019CP3300583** | **foreclsoure** | **Marion County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Harvey Fertilizer and Gas Co. v.Strickland Farms of Green Sea, Inc., Terry Wayne Strickland, and Charlene Elliot Strickland**<br>**2020CP3300294** | **collection - transcrip of judgment from US District Court** | **Marion county Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**filed 6/11/2020** |
| **Harvey Fertilizer and Gas Co. Strickland Farms of Green Sea, Inc., Terry Wayne Strickland, and Charlene Elliot Strickland**<br>**2020CP2603489** | **collection- transcrip of judgment from US District Court** | **Horry County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**filed 6/11/2020** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| fire - Brick House at 4000 Fair Bluff Hwy Green Sea, South Carolina 26545 | claim number  397675-GI        policy number  FPKNFMPN6603433947    company  Nationwide Agribusiness ins | 12/31/2018 | Unknown |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Bird & Smith, P.A.**<br>1712 St. Julian Place, Suite 102<br>Columbia, SC 29204<br>rsmith@birdsmithlaw.com | **Attorney Fees** | **March 31, 2020** | **$3,748.40** |
| **Bird & Smith, P.A.**<br>1712 St. Julian Place, Suite 102<br>Columbia, SC 29204<br>rsmith@birdsmithlaw.com | **Attorney Fees** | **May 1, 2020** | **$1,120.00** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CC Advising, Inc** | credit coounseling | **July 5, 2020** | $19.52 |
| **CC Advising, Inc.** | credit counseling | **September 14, 2019** | $19.52 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Terry Wayne Strickland**
Debtor 2   **Mattie Charlene Strickland**

Case number *(if known)*   **20-02804**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Terry Wayne Strickland**
Debtor 2   **Mattie Charlene Strickland**

Case number *(if known)*   **20-02804**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Strickland Farms of Green Sea, Inc** | farming<br><br>**Elisabeth S. Grainger** | EIN:   **20-8484955**<br><br>From-To   **January 1, 2007 to date** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Terry Wayne Strickland**                    **/s/ Mattie Charlene Strickland**
**Terry Wayne Strickland**                         **Mattie Charlene Strickland**
**Signature of Debtor 1**                            **Signature of Debtor 2**

Date   **July 17, 2020**                              Date   **July 17, 2020**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border: 1px solid; background: #e0e0e0; padding: 10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re **Terry Wayne Strickland**
_____ Case No. **18-06291** _____
Debtor(s) Chapter **12** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | to be determined |
    | Prior to the filing of this statement I have received | $ | **2288.** |
    | Balance Due | $ | to be determined |

2.  $ **275.** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

**The agreement between the Debtor and attorney provides for compensation on an hourly basis, plus costs and expenses.**
    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 17, 2020**
Date

**/s/ Reid B. Smith**
**Reid B. Smith**
_Signature of Attorney_
**Bird & Smith, P.A.**
**1712 St. Julian Place, Suite 102**
**Columbia, SC 29204**
**803-779-2255  Fax: 803-799-3131**
**rsmith@birdsmithlaw.com**
_Name of law firm_

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

| In re | **Terry Wayne Strickland** | | Case No. | **20-02804** |
|---|---|---|---|---|
| | **Mattie Charlene Strickland** | | | |
| | | Debtor(s) | Chapter | **12** |

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

| Date: | **July 17, 2020** | **/s/ Terry Wayne Strickland** |
|---|---|---|
| | | **Terry Wayne Strickland** |
| | | Signature of Debtor |

| Date: | **July 17, 2020** | **/s/ Mattie Charlene Strickland** |
|---|---|---|
| | | **Mattie Charlene Strickland** |
| | | Signature of Debtor |

| Date: | **July 17, 2020** | **/s/ Reid B. Smith** |
|---|---|---|
| | | Signature of Attorney |
| | | **Reid B. Smith** |
| | | **Bird & Smith, P.A.** |
| | | **1712 St. Julian Place, Suite 102** |
| | | **Columbia, SC 29204** |
| | | **803-779-2255   Fax: 803-799-3131** |
| | | Typed/Printed Name/Address/Telephone |
| | | **4200 SC** |
| | | District Court I.D. Number |