# EXHIBIT 13

## SECURITY AGREEMENT

**THIS SECURITY AGREEMENT**, made 08/07/2016, by and between ArborOne, ACA, as agent/nominee, hereinafter called "Secured Party," and the undersigned Debtor (as defined herein).

IN CONSIDERATION OF any loan or other financial accommodation heretofore, now or hereafter made or granted by Secured Party to **Strickland Farms of Green Sea, Inc. Terry Wayne Strickland, Charlene E Strickland and William Scott Strickland** hereinafter (whether one or more) called "Borrower," in the amount of **Three Hundred Fifteen Thousand Five Hundred Ninety and 00/100** Dollars ($316,590.00) (for which Borrower has executed a note(s), which hereby is (are) expressly made a part hereof), and to secure the repayment of such loan(s), and of all additional loans and advances that may be made, in the sole discretion of Secured Party, by Secured Party to Borrower, and all renewals, reamortizations, deferments, modifications, and extensions thereof, and all other indebtedness of Borrower to Secured Party, now due or to become due or hereafter to be contracted, with all interest hereon and costs of collection including reasonable attorneys' fees, the undersigned, **Terry Wayne Strickland, Strickland Farms of Green Sea, Inc, Charlene E Strickland and William Scott Strickland**, hereinafter called "Debtor" (whether one or more; provided however, where Debtor and Borrower are not the same person, the term "Debtor" as used herein shall mean the owner of the collateral when dealing with the collateral, Borrower when dealing with the obligation or debt, and may include both where the context so requires), hereby sells, conveys and grants unto Secured Party, its successors and assigns, pursuant to the Uniform Commercial Code - Secured Transactions Act (the "UCC"), as adopted in SC (the "State"), a security interest in the following described property (collectively, the "Collateral"):

See attached Schedule A
_____
_____
_____
_____
_____

together with all personal property hereafter acquired with the proceeds of the foregoing described loan(s) and the foregoing described additional loans and advances;

all property, goods and chattels of the same classes as those hereinabove described which are acquired by Debtor subsequent to the execution of this agreement and prior to its termination, including all increases, substitutions and replacements thereof and additions and accessions thereto, wherever located;

if above collateral includes livestock, all hay, grass and grain and other feed and forage, owned by Debtor, located on and/or planted and growing and that may be planted and grown on the lands hereinabove described; and,

all products and proceeds of the foregoing.

Debtor warrants title to the Collateral herein described and that Debtor owns it free and clear of all liens, encumbrances and claims and prior security interests and that Debtor will defend title thereto in favor of Secured Party; further, that Debtor will not sell or otherwise dispose of the Collateral without the prior written consent of Secured Party. Debtor represents that its exact legal name is as set forth in the first paragraph of this agreement and that its chief executive office is located in the state of SC . Debtor represents that, if an individual, his or her state of residence is, or if a corporation, limited liability company, or limited partnership, its state of incorporation or organization is, or if a partnership or other business organization as to which neither the United States of America nor any single state thereof must maintain a public record showing its organization, the state in which its chief executive office is located is, the state of SC (the "Debtor State"). Debtor, if an organization, will immediately notify Secured Party, in writing, of any addition to, change in or discontinuance of its chief executive office. If an individual, Debtor will immediately notify Secured Party of any change in its state of principal residence. Debtor will notify Secured Party, with thirty (30) days prior written notice, of any change to its legal name. Debtor represents that the Collateral, as well as Debtor's books and records, will be kept at the following premises of Debtor in the following state(s) (the "Collateral States"): South Carolina .

Debtor will at Secured Party's request from time to time execute financing statements pursuant to the UCC. Debtor hereby authorizes Secured Party from time to time to file a financing statement or financing statements, expressly including continuation statements thereof, describing the Collateral and containing any information required for the sufficiency or filing office acceptance thereof. Debtor will reimburse Secured Party for the cost of filing any such financing and continuation statements on demand. Where Collateral is in the possession of a third party, Debtor will join with Secured Party in notifying the third party of Secured Party's security interest and obtaining an acknowledgment from the third party that it is holding the Collateral for the benefit of Secured Party. Debtor will cooperate with Secured Party in obtaining control with respect to Collateral consisting of (i) deposit accounts, (ii) investment property, (iii) letter-of-credit rights, and (iv) electronic chattel paper. If the Collateral includes chattel paper, Debtor will not create any chattel paper without placing a legend thereon acceptable to Secured Party indicating that Secured Party has a security interest in said chattel paper. Debtor will execute from time to time any documents and shall take such action as shall be required by Secured Party to perfect the security interest granted herein or to effectuate the purposes of this agreement.

A default under this instrument or under any other instrument heretofore or hereafter executed by Debtor to Secured Party or a default by Debtor under any instrument(s) constituting a lien prior to the lien of this instrument, shall, at the option of Secured Party, constitute a default under this agreement and any one or more of any and all other instruments executed by Debtor in favor of Secured Party.

In the event that a default under this agreement shall occur by reason of a default under any other instrument as stated above, or Debtor shall fail to make any payment when due under any note secured hereby, or Debtor shall breach any representation, covenant or undertaking made herein, or any of the Collateral shall be diminished or in danger of loss, removal or destruction, or Secured Party shall deem itself to be insecure, Secured Party, its successors and assigns, may, without notice, declare all of the indebtedness secured hereby due, and Secured Party shall have all the rights, remedies and privileges with respect to repossession, retention and sale of the Collateral and disposition of the proceeds as are accorded to a secured party upon default by the applicable sections of the UCC. In conjunction with, addition to or substitution for those rights, Secured Party, at its discretion, may enter on premises wherever any of the Collateral may be, take possession thereof and sell or otherwise dispose of the same. Secured Party may require Debtor to assemble the Collateral and make it available to Secured Party at a place to be designated by Secured Party reasonably convenient to both parties. (Debtor agrees that the office of Secured Party is a place reasonably convenient for such assembling). Debtor shall promptly pay all costs of Secured Party of collection of any and all of the liabilities and enforcement of rights hereunder, including reasonable attorneys' fees and legal expenses, and further including such fees and expenses incurred in bankruptcy and on appeal. If Collateral is perishable or threatens to decline rapidly in value or is of a type customarily sold on a recognized market, the Collateral may be sold without notice to Debtor. Otherwise, Secured Party will give Debtor reasonable notice of the time and place of any public sale thereof or of the time after which any private sale or any other intended disposition is to be made. The requirements of reasonable notice will be met if the notice is mailed, postage prepaid, to the address of the Debtor at least ten (10) days before the time of sale or disposition.

G131025A (0101)       Page 1 of 2




Secured Party may comply with any applicable state or Federal law requirements in connection with a disposition of the Collateral, and compliance will not be considered adversely to effect the commercial reasonableness of any sale or other disposition of the Collateral. Secured Party may sell the Collateral without giving any warranties as to the Collateral, including any warranties of title or the like, and any such disclaimer will not be considered adversely to effect the commercial reasonableness of any sale of the Collateral.

In the event Secured Party becomes a party to any legal proceeding involving this instrument or the Collateral, Secured Party may also recover from Debtor all costs and expenses reasonably incurred by Secured Party, including reasonable attorneys' fees, such costs, expenses and attorneys' fees shall become a part of the debt secured hereby and shall be immediately payable upon demand and shall draw interest from the date of advance by Secured Party until paid at the highest rate provided in any note or other instruments secured hereby.

Except as otherwise provided in this paragraph, any term defined in the UCC and used but not defined in this agreement has the meaning when used herein given to such term in the UCC. Any term for an item or type of property for which a definition is given and that is used but not defined in this agreement shall have the meaning in any jurisdiction the UCC is or becomes applicable to this agreement. No reference to "proceeds" in this agreement authorizes any sale, transfer or other disposition of the Collateral by Debtor. All of Secured Party's rights hereunder shall inure to the benefit of its successors and assigns, and all obligations of Debtor shall be binding on Debtor's successors and assigns and upon all persons who shall become bound as a debtor to this agreement, but Debtor may not assign any of its rights or obligations under this agreement without Secured Party's prior written consent. This agreement is being executed in the State and shall be governed by and construed and enforced in accordance with the laws of the State.

THIS DOCUMENT IS EXECUTED BY DEBTOR IN FAVOR OF, AND THE TERM "SECURED PARTY" AS USED HEREIN SHALL INCLUDE, ArborOne, ACA FOR ITSELF AND/OR AS AGENT/NOMINEE FOR ANY PARTY PURSUANT TO A MASTER AGREEMENT AMONG IT AND ITS WHOLLY-OWNED SUBSIDIARIES ArborOne, FLCA AND ArborOne, PCA, AS THEIR INTERESTS MAY APPEAR. AT THE OPTION OF SECURED PARTY, ANY DEFAULT UNDER THE TERMS AND CONDITIONS OF ANY OTHER WRITTEN INSTRUMENT EXECUTED BY DEBTOR (MEANING IN THIS CONTEXT THE OWNER OF THE COLLATERAL OR BORROWER OR BOTH) AND OWNED, HELD OR SERVICED BY SECURED PARTY IN ANY OF THE AFORESAID CAPACITIES SHALL CONSTITUTE A DEFAULT UNDER THIS DOCUMENT.

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be executed the day and year aforesaid.

**DEBTOR:**

Strickland Farms of Green Sea, Inc.

By: _____ (SEAL)
Terry Wayne Strickland, President

Attest: _____ (SEAL)
William Scott Strickland, Vice President

Attest: _____ (SEAL)
Charlene E Strickland, Secretary

_____ (SEAL)
Terry Wayne Strickland

_____ (SEAL)
Charlene E Strickland

_____ (SEAL)
William Scott Strickland

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

**SECURED PARTY:**

ArborOne, ACA
as agent/nominee

Name: Clay M Ward

Signature: _____    Title: Vice President

Lender file reference #: 042 095 292165-01

G131029A (0101)                              Page 2 of 2

## SCHEDULE A
## COLLATERAL DESCRIPTION

Debtor:        **Strickland Farms of Green Sea Inc., Terry Wayne Strickland, Charlene E
               Strickland and William Scott Strickland_____**

Secured Party:  **ArborOne, ACA for itself and as agent/nominee for ArborOne, PCA and
               ArborOne, FLCA (f/k/a Pee Dee Farm Credit, ACA for itself and as
               agent/nominee for Pee Dee Farm Credit, PCA and Pee Dee Farm Credit,
               FLCA)**

Debtor has granted to Secured Party security interests in the property indicated below, now owned or
hereafter acquired, wherever located, which property shall be defined in accordance with the South
Carolina Uniform Commercial Code revised and effective as of July 1, 2001 (the "Code") at section 36-9-
102 and related provisions cited therein:

| | | |
|---|---|---|
| **X** | 1. | Equipment |
| ___ | 2. | Fixtures affixed or to be affixed to the real property described on <u>Schedule B</u> attached hereto and made a part hereof; |
| ___ | 3. | Inventory; |
| ___ | 4. | Farm Products; |
| **X** | 5. | Crops; |
| ___ | 6. | Livestock and its progeny; |
| ___ | 7. | Standing Timber to be Cut on the real property described on <u>Schedule C</u> attached hereto and made a part hereof; |
| ___ | 8. | As-Extracted Collateral from the real property described on <u>Schedule D</u> attached hereto and made a part hereof; |
| ___ | 9. | Manufactured Homes; |
| ___ | 10. | Instruments; |
| ___ | 11. | Promissory Notes; |
| ___ | 12. | Documents; |
| ___ | 13. | Tangible Chattel Paper; |
| ___ | 14. | Electronic Chattel Paper; |
| ___ | 15. | Accounts; |
| ___ | 16. | General Intangibles; |
| ___ | 17. | Payment Intangibles |
| ___ | 18. | Software; |
| ___ | 19. | Deposit Accounts; |
| ___ | 20. | Letter of Credit Rights; |
| ___ | 21. | Investment Property; |
| ___ | 22. | All of Debtor's rights in that certain claim against _____ for _____; |
| ___ | 23. | Supporting Obligations; |
| ___ | 24. | All rights to payment, now or hereafter owing, to the Debtor from entitlement programs of every kind, both federal and state; and |
| ___ | 25. | All Association Equity: All stock, participation certificates and allocated surplus credits, including rights thereto, now or hereafter issued by Security Party. |

As well as any and all products or proceeds of any of the above, in any form, including, without
limitation, insurance proceeds.

**ADDENDUM TO SECURITY AGREEMENT**

Addendum to Security Agreement dated 06-07-2016 _____ (the "Security Agreement").

WHEREAS, Terry Wayne Strickland, Strickland Farms of Green Sea, Inc, Charlene E Strickland and William Scott Strickland (the "Debtor" whether one or more; provided that where Debtor and Borrower (as defined herein) are not the same person, the term "Debtor" as used herein shall mean the owner of the Collateral (as defined in the above Security Agreement) when dealing with said Collateral, Borrower (as defined herein) when dealing with the obligation or debt secured thereby, and may include both where the context so requires) has previously or herewith delivered to ArborOne, ACA, as agent/nominee (the "Secured Party") the above Security Agreement granting to Secured Party a security interest in certain farm products (the "Collateral") described therein as collateral security for money borrowed from Secured Party by Strickland Farms of Green Sea, Inc, Terry Wayne Strickland, Charlene E Strickland and William Scott Strickland ("Borrower").

- Strickland Farms of Greensea
- Terry Wayne Strickland
- William Scott Strickland

WHEREAS, Debtor hereby agrees that the following additional terms and conditions are hereby made a part of the Security Agreement and this Addendum is specifically incorporated therein by reference.

1.    Debtor hereby furnishes to Secured Party the following listing of potential Buyers, Commission Merchants and Sales Agents, and represents to Secured Party that such listing contains the names and addresses of each and every Buyer, Commission Merchant or Sales Agent to or through whom Debtor may sell all or any portion of the farm products Collateral described in the Security Agreement. [NOTE: If more space is needed, please indicate that a schedule is attached and list additional information on the schedule to this addendum]

Name _Phillip Morris USA_          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product _Tobacco_

Name _PCC Dec Peanut_          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product _Peanuts_

Name _Cargill - Fayetteville_          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product _Soybeans_

Name _Agri Star_          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product _Corn, Soybeans_

Name _Murphy Brown Bladenboro NC_     Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product _Corn_

Name          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product

Name          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product

Name          Complete Mailing Address

Designate as a "Buyer","Commission Merchant" or "Sales Agent"     Farm Product

Debtor agrees to update the above list by notifying Secured Party in writing of the name and address of any additional Buyer(s), Commission Merchant(s) or Sales Agent(s) to or through whom Debtor may sell any portion of the Collateral immediately upon becoming aware of such additional person(s), but in no event later than seven (7) days prior to any sale to or through any such person(s).

G413002SA (0100)



2.    Debtor understands that if any farm products included in the Collateral are sold to or through any person not included in the above list or in a subsequent written notice delivered to Secured Party in a timely manner as provided above, and if Secured Party has not received an accounting (including the proceeds) of such sale within ten (10) days after such sale, then UNDER FEDERAL LAW DEBTOR SHALL BE SUBJECT TO A FINE IN THE AMOUNT OF $5,000 OR 15% OF THE VALUE OR BENEFIT RECEIVED FROM SUCH SALE, WHICHEVER IS GREATER. In addition, if Debtor fails to provide written notice and if Secured Party has not received an accounting as aforesaid, such failure shall constitute an Event of Default hereunder.

3.    Debtor hereby authorizes Secured Party, at its option, to give oral or written notice of its security interest (including the amount secured thereby), in the Collateral, to any person to or through whom Debtor may potentially sell any portion of the Collateral (whether or not such person has been identified by Debtor to Secured Party as a potential Buyer, Commission Merchant or Sales Agent), Debtor agrees to pay to Secured Party immediately upon its request all Secured Party's mailing and postage expenses incurred in connection with sending such notices.

4.    Debtor understands and agrees that the provisions contained in this Addendum are intended to enable Secured Party to protect its security interest in the Collateral, and nothing herein is intended or should be interpreted to constitute a consent by Secured Party to any sale of the Collateral to any person, or to modify or amend the terms of the Security Agreement relating to the sale of the Collateral. Except as supplemented by this Addendum, the Security Agreement shall remain in full force and effect in accordance with its terms.

THIS DOCUMENT IS EXECUTED BY DEBTOR IN FAVOR OF, AND THE TERM "SECURED PARTY" AS USED HEREIN SHALL INCLUDE, ArborOne, ACA FOR ITSELF AND/OR AS AGENT/NOMINEE FOR ANY PARTY PURSUANT TO A MASTER AGREEMENT AMONG IT AND ITS WHOLLY-OWNED SUBSIDIARIES ArborOne, FLCA AND ArborOne, PCA, AS THEIR INTERESTS MAY APPEAR. AT THE OPTION OF SECURED PARTY, ANY DEFAULT UNDER THE TERMS AND CONDITIONS OF ANY OTHER WRITTEN INSTRUMENT EXECUTED BY DEBTOR (MEANING IN THIS CONTEXT THE OWNER OF THE COLLATERAL OR BORROWER OR BOTH) AND OWNED, HELD OR SERVICED BY SECURED PARTY IN ANY OF THE AFORESAID CAPACITIES SHALL CONSTITUTE A DEFAULT UNDER THIS DOCUMENT.

Executed the 7    day of June    , 2016 .

DEBTOR:

Strickland Farms of Green Sea, Inc.
By: _____    (SEAL)
Tony Wayne Strickland, President

Attest: _____    (SEAL)
William Scott Strickland, Vice President

Attest: _____    (SEAL)
Charlene E Strickland, Secretary

_____    (SEAL)
Tony Wayne Strickland

_____    (SEAL)
Charlene E Strickland

_____    (SEAL)
William Scott Strickland

_____    (SEAL)

_____    (SEAL)

_____    (SEAL)

_____    (SEAL)

# EXHIBIT 14

# UCC-1

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tonya Adams    8438821527

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ArborOne ACA
800 Woody Jones Boulevard

Florence, SC 29501

SC SECRETARY OF STATE
130312-1332538
Lapse Date: 03/12/2018
Date: 3/12/2013
Time: 1:32 PM
Page Count: 1 Pg
Doctor Count: 1
Filing Fees: $8.00
Electronic Records Access: $8.00
Total: $16.00
Order ID:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | |
| Strickland Farms of Green Sea, Inc. | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | US |

| 1d. TAX ID# (Organizations) | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| DO NOT USE | | OTH | SC | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |
| | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID# (Organizations) | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| DO NOT USE | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| ArborOne ACA | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 800 Woody Jones Boulevard | Florence | SC | 29501 | US |

4. This FINANCING STATEMENT covers the following collateral:
2006 GVM Prowler Model #GVM9275 Serial # RC-07114T11

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR    ☐ SELLER/BUYER    ☐ AG. LIEN    ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)    NOT USED

8. OPTIONAL FILER REFERENCE DATA

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525, Columbia, SC 29201    (03/01/2011)

## UCC-3

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Kelsey Horton                                    8434322337

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

ArborOne

800 Woody Jones Blvd

Florence, SC 29501

SC SECRETARY OF STATE
180119-1038097
Lapse Date: 03/12/2023
3/19/2018  10:38 AM  1 Pg
Posted:
Page Count:  0
Debtor Count:  $8.00
Filing Fees:  $8.00
Electronic Records Access:  $8.00
Total:  $16.00
Order ID#:  S

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE NUMBER** <br> 130312-1332558  *Strickland Farms* | **1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS <br> Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check *one* of these two boxes:                  **AND** Check *one* of these three boxes to:

This Change affects ☐ Debtor *or* ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only *one* name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only *one* name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:**  Also check *one* of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only *one* name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME <br> ARBORONE.ACA | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street, Suite 525, Columbia, SC 29201          (Rev. 07/01/13)

UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Tonya Adams                8436621527

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ArborOne ACA

800 Woody Jones Boulevard

Florence, SC 29501

SC SECRETARY OF STATE
160720-0811011
Lapse Date: 07/20/2021
7/20/2016    8:11 AM
Page Count:    4 Pg
Debtor Count:    4
Filing Fees:    $15.00
Electronic Records Access:    $8.00
Total:    $23.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Strickland Farms of Green Sea, Inc | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6470 Strickland Rd | Green Sea | SC | 29545 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Strickland | Terry | Wayne | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6470 Strickland Rd | Green Sea | SC | 29545 | US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ArborOne ACA | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 800 Woody Jones Boulevard | Florence | SC | 29501 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
See attached Schedule A

See attachment.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien    ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201    (Rev. 07/01/13)

# UCC FINANCING STATEMENT ADDENDUM    UCC-1Ad
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| Strickland Farms of Green Sea, Inc | |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

SC SECRETARY OF STATE
160720-0811011

Date:       7/20/2016
Time:       8:11 AM
Page Count:       4 Pg
Debtor Count:
Filing Fees:       $15.00
Electronic
Records Access:       $8.00
Total:
Order ID#       $23.00

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | | |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | | |
|---|---|---|---|---|---|
| Strickland | | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| Charlene | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| E | | | | | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | US |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201

(Rev. 07/01/13)

Acknowledgement Copy

**UCC FINANCING STATEMENT ADDENDUM**    **UCC-1Ad**

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

Strickland Farms of Green Sea, Inc

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

SC SECRETARY OF STATE
160720-0811011
7/20/2016    8:11 AM    Time:
Page Count:    4    Pg
Debtor Count:    4
Filing Fees:    $15.00
Electronic    $8.00
Records Access:
Total:    $23.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b of the Initial Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

Strickland

INDIVIDUAL'S FIRST PERSONAL NAME

William

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

Scott

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | US |

11. ☐ ADDITIONAL SECURED PARTY'S NAME    or    ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201    (Rev. 07/01/13)

## SCHEDULE A
### COLLATERAL DESCRIPTION

**Debtor:** Strickland Farms of Green Sea Inc., Terry Wayne Strickland, Charlene E Strickland and William Scott Strickland

**Secured Party:** ArborOne, ACA for itself and as agent/nominee for ArborOne, PCA and ArborOne, FLCA (f/k/a Pee Dee Farm Credit, ACA for itself and as agent/nominee for Pee Dee Farm Credit, PCA and Pee Dee Farm Credit, FLCA)

Debtor has granted to Secured Party security interests in the property indicated below, now owned or hereafter acquired, wherever located, which property shall be defined in accordance with the South Carolina Uniform Commercial Code revised and effective as of July 1, 2001 (the "Code") at section 36-9-102 and related provisions cited therein:

X   1.   Equipment
____ 2.   Fixtures affixed or to be affixed to the real property described on Schedule B attached hereto and made a part hereof;
____ 3.   Inventory;
____ 4.   Farm Products;
X   5.   Crops;
____ 6.   Livestock and its progeny;
____ 7.   Standing Timber to be Cut on the real property described on Schedule C attached hereto and made a part hereof;
____ 8.   As-Extracted Collateral from the real property described on Schedule D attached hereto and made a part hereof;
____ 9.   Manufactured Homes;
____ 10.  Instruments;
____ 11.  Promissory Notes;
____ 12.  Documents;
____ 13.  Tangible Chattel Paper;
____ 14.  Electronic Chattel Paper;
____ 15.  Accounts;
____ 16.  General Intangibles;
____ 17.  Payment Intangibles
____ 18.  Software;
____ 19.  Deposit Accounts;
____ 20.  Letter of Credit Rights;
____ 21.  Investment Property;
____ 22.  All of Debtor's rights in that certain claim against _____ for _____;
____ 23.  Supporting Obligations;
____ 24.  All rights to payment, now or hereafter owing, to the Debtor from entitlement programs of every kind, both federal and state; and
____ 25.  All Association Equity: All stock, participation certificates and allocated surplus credits, including rights thereto, now or hereafter issued by Security Party.

As well as any and all products or proceeds of any of the above, in any form, including, without limitation, insurance proceeds.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ArborOne, ACA

800 Woody Jones Blvd
Florence                    SC    29501-

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Strickland | Terry | Wayne | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | U.S.A |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Strickland Farms of Green Sea, Inc | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | U.S.A |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION SC | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ArborOne, ACA | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 800 Woody Jones Blvd | Florence | SC | 29501- | U.S.A |

4. This FINANCING STATEMENT covers the following collateral:

**See Attached Schedule A**

5. ALTERNATIVE DESIGNATION (if applicable)    LESSEE/LESSOR    CONSIGNEE/CONSIGNOR    BAILEE/BAILOR    SELLER/BUYER    AG. LIEN    NON-UCC FILING

6.    This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)   [ADDITIONAL FEE] [optional]    All Debtors    Debtor 1    Debtor 2

8. OPTIONAL FILER REFERENCE DATA

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 19a. ORGANIZATION'S NAME | |

OR

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, | SUFFIX |
|---|---|---|---|
| Strickland | Terry | Wayne | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | U.S.A |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Strickland | William | Scott | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd. | Green Sea | SC | 29545 | U.S.A |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Strickland | Charlene | E | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd. | Green Sea | SC | 29545 | U.S.A |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | U.S.A |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | U.S.A |

UCC FINANCING STATEMENT ADDITIONAL PARY (FORM UCC1AP) (REV. 05/22/02)

D33502UC (0307)

## SCHEDULE A
## COLLATERAL DESCRIPTION

**Debtor:**        Strickland Farms of Green Sea, Inc., Terry Wayne Strickland, William Scott Strickland, & Charlene E Strickland

**Secured Party:**    ArborOne, ACA for itself and as agent/nominee for ArborOne, PCA and ArborOne, FLCA (f/k/a Pee Dee Farm Credit, ACA for itself and as agent/nominee for Pee Dee Farm Credit, PCA and Pee Dee Farm Credit, FLCA)

Debtor has granted to Secured Party security interests in the property indicated below, now owned or hereafter acquired, wherever located, which property shall be defined in accordance with the South Carolina Uniform Commercial Code revised and effective as of July 1, 2001 (the "Code") at section 36-9-102 and related provisions cited therein:

| | | |
|---|---|---|
| **X** | 1. | Equipment |
| ___ | 2. | Fixtures affixed or to be affixed to the real property described on <u>Schedule B</u> attached hereto and made a part hereof; |
| ___ | 3. | Inventory; |
| ___ | 4. | Farm Products; |
| **X** | 5. | Crops; |
| ___ | 6. | Livestock and its progeny; |
| ___ | 7. | Standing Timber to be Cut on the real property described on <u>Schedule C</u> attached hereto and made a part hereof; |
| ___ | 8. | As-Extracted Collateral from the real property described on <u>Schedule D</u> attached hereto and made a part hereof; |
| ___ | 9. | Manufactured Homes; |
| ___ | 10. | Instruments; |
| ___ | 11. | Promissory Notes; |
| ___ | 12. | Documents; |
| ___ | 13. | Tangible Chattel Paper; |
| ___ | 14. | Electronic Chattel Paper; |
| ___ | 15. | Accounts; |
| ___ | 16. | General Intangibles; |
| ___ | 17. | Payment Intangibles |
| ___ | 18. | Software; |
| ___ | 19. | Deposit Accounts; |
| ___ | 20. | Letter of Credit Rights; |
| ___ | 21. | Investment Property; |
| ___ | 22. | All of Debtor's rights in that certain claim against _____ for _____ |
| ___ | 23. | Supporting Obligations; |
| ___ | 24. | All rights to payment, now or hereafter owing, to the Debtor from entitlement programs of every kind, both federal and state; and |
| ___ | 25. | All Association Equity: All stock, participation certificates and allocated surplus credits, including rights thereto, now or hereafter issued by Security Party. |

As well as any and all products or proceeds of any of the above, in any form, including, without limitation, insurance proceeds.

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jordan Holmes                    8434322371

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

ArborOne, ACA

800 Woody Jones Blvd

Florence, SC 29501

SC SECRETARY OF STATE S
150513-1519367
Lapse Date: 07/02/2020
Date:      5/13/2015
Time:      3:19 PM
Page Count:  1 Pg
Debtor Count:  0
Filing Fees:   $8.00
Electronic
Records Access:  $8.00
Total:     $16.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
100702-1022281

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:                    AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME**

| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
**7a. ORGANIZATION'S NAME**

OR  **7b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
**9a. ORGANIZATION'S NAME**

| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | ARBORONE | ACA | | |

**10. OPTIONAL FILER REFERENCE DATA:**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201        (Rev. 07/01/13)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ArborOne, ACA

800 Woody Jones Blvd
Florence                    SC    29501-

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Strickland Farms of Green Sea, Inc | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Strickland | Terry | Wayne | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6470 Strickland Rd | Green Sea | SC | 29545 | U.S.A |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Strickland Farms of Green Sea, Inc | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Strickland | Charlene | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6470 Strickland Rd | Green Sea | SC | 29545 | U.S.A |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ArborOne, ACA | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 800 Woody Jones Blvd | Florence | SC | 29501- | U.S.A |

4. This FINANCING STATEMENT covers the following collateral:

KBH Gooseneck Neck Applicator / 1310g Tank
Serial #LA03195

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☒ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

D18602UC

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | |
|---|---|---|
| 19a. ORGANIZATION'S NAME<br>Strickland Farms of Green Sea, Inc. | | |
| OR | | |
| 19b. INDIVIDUAL'S LAST NAME<br>Strickland | FIRST NAME<br>Terry | MIDDLE NAME,     SUFFIX<br>Wayne |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (21a or 21b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>Strickland Farms of Green Sea, Inc | | | | |
| OR 21b. INDIVIDUAL'S LAST NAME<br>Strickland | FIRST NAME<br>William | MIDDLE NAME<br>Scott | | SUFFIX |
| 21c. MAILING ADDRESS<br>6470 Strickland Rd | CITY<br>Green Sea | STATE<br>SC | POSTAL CODE<br>29545 | COUNTRY<br>U.S.A |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID #, if any<br>X  NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (22a or 22b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY<br>U.S.A |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID #, if any<br>NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (23a or 23b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY<br>U.S.A |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE<br>ORGANIZATION<br>DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID #, if any<br>NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - Insert only one name (24a or 24b)

| | | | | |
|---|---|---|---|---|
| 24a. ORGANIZATION'S NAME | | | | |
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY<br>U.S.A |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - Insert only one name (25a or 25b)

| | | | | |
|---|---|---|---|---|
| 25a. ORGANIZATION'S NAME | | | | |
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY<br>U.S.A |

UCC FINANCING STATEMENT ADDITIONAL PARY (FORM UCC1AP) (REV. 05/22/02)

D33502UC (0307)

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Jordan Holmes                                    8434322371

**B. E-MAIL CONTACT AT FILER** (optional)

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

ArborOne, ACA

800 Woody Jones Blvd

Florence, SC 29501

SC SECRETARY OF STATE    S
150310-1508518    05/17/2020

Date:    3/10/2015
Time:    3:08 PM
Page Count:    1 Pg
Debtor Count:    0
Filing Fees:    $8.00
Electronic
Records Access:    $8.00

Total:    $16.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
100517-1135340

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☒ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                    AND    Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME ARBORONE | FIRST PERSONAL NAME ACA | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201          (Rev. 07/01/13)