# EXHIBIT 15

SECURITY AGREEMENT

THIS SECURITY AGREEMENT, made 06/20/2018, by and between ArborOne, ACA, hereinafter called "Secured Party," and the undersigned Debtor (as defined herein).

IN CONSIDERATION OF any loan or other financial accommodation heretofore, now or hereafter made or granted by Secured Party to Terry Wayne Strickland hereinafter (whether one or more) called "Borrower," in the amount of Seventy Seven Thousand Six Hundred Seventy-Six and 59/100 Dollars ($77,676.59) (for which Borrower has executed a note(s), which hereby is (are) expressly made a part hereof), and to secure the repayment of such loan(s), and of all additional loans and advances that may be made, in the sole discretion of Secured Party, by Secured Party to Borrower, and all renewals, reamortizations, deferments, modifications, and extensions thereof, and all other indebtedness of Borrower to Secured Party, now due or to become due or hereafter to be contracted, with all interest hereon and costs of collection including reasonable attorneys' fees, the undersigned, Virginia T Strickland Trust, hereinafter called "Debtor" (whether one or more; provided however, where Debtor and Borrower are not the same person, the term "Debtor" as used herein shall mean the owner of the collateral when dealing with the collateral, Borrower when dealing with the obligation or debt, and may include both where the context so requires), hereby sells, conveys and grants unto Secured Party, its successors and assigns, pursuant to the Uniform Commercial Code - Secured Transactions Act (the "UCC"), as adopted in SC (the "State"), a security interest in the following described property (collectively, the "Collateral"):

All timber growing or to be grown on TMS# 0150001039 located in Horry County, SC.
See attached EXHIBIT "A"

together with all personal property hereafter acquired with the proceeds of the foregoing described loan(s) and the foregoing described additional loans and advances;

all property, goods and chattels of the same classes as those hereinabove described which are acquired by Debtor subsequent to the execution of this agreement and prior to its termination, including all increases, substitutions and replacements thereof and additions and accessions thereto, wherever located;

if above collateral includes livestock, all hay, grass and grain and other feed and forage, owned by Debtor, located on and/or planted and growing and that may be planted and grown on the lands hereinabove described; and,

all products and proceeds of the foregoing.

Debtor warrants title to the Collateral herein described and that Debtor owns it free and clear of all liens, encumbrances and claims and prior security interests and that Debtor will defend title thereto in favor of Secured Party; further, that Debtor will not sell or otherwise dispose of the Collateral without the prior written consent of Secured Party. Debtor represents that its exact legal name is as set forth in the first paragraph of this agreement and that its chief executive office is located in the state of SC. Debtor represents that, if an individual, his or her state of residence is, or if a corporation, limited liability company, limited liability partnership, or limited partnership, its state of incorporation or organization is, or if a partnership or other business organization as to which neither the United States of America nor any single state thereof must maintain a public record showing its organization, the state in which its chief executive office is located is, the state of SC (the "Debtor State"). Debtor, if an organization, will immediately notify Secured Party, in writing, of any addition to, change in or discontinuance of its chief executive office. If an individual, Debtor will immediately notify Secured Party of any change in its state of principal residence. Debtor will notify Secured Party with thirty (30) days prior written notice, of any change to its legal name. Debtor represents that the Collateral, as well as Debtor's books and records, will be kept at the following premises of Debtor in the following state(s) (the "Collateral States"): South Carolina.

Debtor will at Secured Party's request from time to time execute financing statements pursuant to the UCC. Debtor hereby authorizes Secured Party from time to time to file a financing statement or financing statements, expressly including continuation statements thereof, describing the Collateral and containing any information required for the sufficiency or filing office acceptance thereof. Debtor will reimburse Secured Party for the cost of filing any such financing and continuation statements on demand. Where Collateral is in the possession of a third party, Debtor will join with Secured Party in notifying the third party of Secured Party's security interest and obtaining an acknowledgment from the third party that it is holding the Collateral for the benefit of Secured Party. Debtor will cooperate with Secured Party in obtaining control with respect to Collateral consisting of (i) deposit accounts, (ii) investment property, (iii) letter-of-credit rights, and (iv) electronic chattel paper. If the Collateral includes chattel paper, Debtor will not create any chattel paper without placing a legend thereon acceptable to Secured Party indicating that Secured Party has a security interest in said chattel paper. Debtor will execute from time to time any documents and shall take such action as shall be required by Secured Party to perfect the security interest granted herein or to effectuate the purposes of this agreement.

A default under this instrument or under any other instrument heretofore or hereafter executed by Debtor to Secured Party or a default by Debtor under any instrument(s) constituting a lien prior to the lien of this instrument, shall, at the option of Secured Party, constitute a default under this agreement and any one or more of any and all other instruments executed by Debtor in favor of Secured Party.

In the event that a default under this agreement shall occur by reason of a default under any other instrument as stated above, or Debtor shall fail to make any payment when due under any note secured hereby, or Debtor shall breach any representation, covenant or undertaking made herein, or any of the Collateral shall be diminished or in danger of loss, removal or destruction, or Secured Party shall deem itself to be insecure, Secured Party, its successors and assigns, may, without notice, declare all of the indebtedness secured hereby due, and Secured Party shall have all the rights, remedies and privileges with respect to repossession, retention and sale of the Collateral and disposition of the proceeds as are accorded to a secured party upon default by the applicable sections of the UCC. In conjunction with, addition to or substitution for those rights, Secured Party, at its discretion, may enter on premises wherever any of the Collateral may be, take possession thereof and sell or otherwise dispose of the same. Secured Party may require Debtor to assemble the Collateral and make it available to Secured Party at a place to be designated by Secured Party reasonably convenient to both parties. (Debtor agrees that the office of Secured Party is a place reasonably convenient for such assembling). Debtor shall promptly pay all costs of Secured Party of collection of any and all of the liabilities and enforcement of rights hereunder, including reasonable attorneys' fees and legal expenses, and further including such fees and expenses incurred in bankruptcy and on appeal. If Collateral is perishable or threatens to decline rapidly in value or is of a type customarily sold on a recognized market, the Collateral may be sold without notice to Debtor. Otherwise, Secured Party will give Debtor reasonable notice of the time and place of any public sale thereof or of the time after which any private sale or any other intended disposition is to be made. The requirements of reasonable notice will be met if the notice is mailed, postage prepaid, to the address of the Debtor at least ten (10) days before the time of sale or disposition.

G13102SA (0101)            Page 1 of 2

  

Secured Party may comply with any applicable state or Federal law requirements in connection with a disposition of the Collateral, and compliance will not be considered adversely to affect the commercial reasonableness of any sale or other disposition of the Collateral. Secured Party may sell the Collateral without giving any warranties as to the Collateral, including any warranties of title or the like, and any such disclaimer will not be considered adversely to affect the commercial reasonableness of any sale of the Collateral.

In the event Secured Party becomes a party to any legal proceeding involving this instrument or the Collateral, Secured Party may also recover from Debtor all costs and expenses reasonably incurred by Secured Party, including reasonable attorneys' fees, such costs, expenses and attorneys' fees shall become a part of the debt secured hereby and shall be immediately payable upon demand and shall draw interest from the date of advance by Secured Party until paid at the highest rate provided in any note or other instruments secured hereby.

Except as otherwise provided in this paragraph, any term defined in the UCC and used but not defined in this agreement has the meaning when used herein given to such term in the UCC. Any term for an item or type of property for which a definition is given and that is used but not defined in this agreement shall have the meaning in any jurisdiction the UCC is or becomes applicable to this agreement. No reference to "proceeds" in this agreement authorizes any sale, transfer or other disposition of the Collateral by Debtor. All of Secured Party's rights hereunder shall inure to the benefit of its successors and assigns, and all obligations of Debtor shall be binding on Debtor's successors and assigns and upon all persons who shall become bound as a debtor to this agreement, but Debtor may not assign any of its rights or obligations under this agreement without Secured Party's prior written consent. This agreement is being executed in the State and shall be governed by and construed and enforced in accordance with the laws of the State.

THIS DOCUMENT IS EXECUTED BY DEBTOR IN FAVOR OF, AND THE TERM "SECURED PARTY" AS USED HEREIN SHALL INCLUDE, ArborOne, ACA FOR ITSELF AND/OR AS AGENT/NOMINEE FOR ANY PARTY PURSUANT TO A MASTER AGREEMENT AMONG IT AND ITS WHOLLY-OWNED SUBSIDIARIES ArborOne, FLCA AND ArborOne, PCA, AS THEIR INTERESTS MAY APPEAR. AT THE OPTION OF SECURED PARTY, ANY DEFAULT UNDER THE TERMS AND CONDITIONS OF ANY OTHER WRITTEN INSTRUMENT EXECUTED BY DEBTOR (MEANING IN THIS CONTEXT THE OWNER OF THE COLLATERAL OR BORROWER OR BOTH) AND OWNED, HELD OR SERVICED BY SECURED PARTY IN ANY OF THE AFORESAID CAPACITIES SHALL CONSTITUTE A DEFAULT UNDER THIS DOCUMENT.

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be executed the day and year aforesaid.

DEBTOR:

Virginia T. Strickland Trust
By: _____ (SEAL)
Terry Wayne Strickland, Trustee

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

SECURED PARTY:

ArborOne, ACA

Name: Clay M Ward
Signature: _____    Title: Vice President
Lender file reference #: 042 094 237966-33

Instrument#: 2012000010530, DEED BK: 3564 PG: 920 DOCTYPE: 001 01/26/2012 at
11:01:57 AM, 4 OF 8, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR OF
DEEDS

# EXHIBIT "A"

## Property Descriptions

TMS No.:    15-00-01-039

ALL AND SINGULAR that certain tract of land in Green Sea Township, County and State aforesaid, containing Nine (9) acres, more or less, being the tract excepted from a deed of the W. Pink Strickland and Janie Strickland to Tunney Strickland in their deed of December 30, 1952, recorded January 5, 1953, in Deed Book 118 at Page 149, conveying 70 acres, more or less.

Bounded on the North by G. Tunney Strickland; on the East by Caretta Strickland; on the South by W. Pink Strickland, this being Tract #2 of the deed from J.H. Lovette to Janie and W. Pink Strickland as hereinafter set out; and on the West by G. Tunney Strickland.

By this conveyance all of the 70 acres, more or less, conveyed to W. Pink and Janie Strickland by J.H. Lovette by his deed of October 15, 1948, recorded October 22, 1948, in Deed Book 59 at Page 236, Office of the R.M.C. for Horry County, is conveyed to W. Pink and Janie Strickland.

Tract 2: All that certain piece, parcel or tract of land in Horry County, South Carolina, Green Sea Township, beginning on an old Stacker Corner in edge of Feathery Bay N 47 E 34 chains to a stake corner; thence S 55 E 7 to a stake corner; thence S 17 E 40 chains to a ditch to the Powell line; thence to the edge of Feathery Bay 26 chains to the beginning corner, containing 70 acres, more or less. Save and except from this conveyance a strip of land 284 yards on the East side, to road thence with road 208 yards a West course thence 284 yards back South to line in Bay thence 208 yards to beginning corner.

Tract 3: 8.1 acres, more or less, as shown upon a plat of same prepared by R.W. Morris, C.E., dated March 13, 1958, which plat by reference thereto is incorporated as a part of this description as if set forth herein by courses and distances, recorded in Plat Book 25 at Page 32, Office of the R.M.C. for Horry County.

Bounded on the Northwest and Northeast by a county road; on the Southeast by Play Card Road; on the Southwest by Tobe Gore; and on the Northwest by Tobe Gore and Nathe Buffkin.

Tract 4: ALL AND SINGULAR, that certain tract of land in Green Sea Township, Horry County, South Carolina, containing 195 acres, more or less.

Tract 5: 150.04 acres, Green Sea Township, shown on map in name of Estate of Georgianna Strickland prepared by S.D. Cox Surveyors, Inc., based on survey of March 18, 1971, and February 2, 1972, Plat Book 33, Page 85, Horry County Records.

Instrument#: 2012000010530, DEED BK: 3564 PG: 921 DOCTYPE: 001 01/26/2012 at 11:01:57 AM, 5 OF 8, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR OF DEEDS

The tract is bounded generally on the North by J.H. Strickland Estate; East by road and lands of W. Pink Strickland; South by road, cemetery, Janie Strickland parcel and others; and West by Edward Duncan.

THESE BEING the identical properties conveyed to Virginia T. Strickland by Deed of Distribution of Virginia T. Strickland, as Personal Representative of the Estate of G. Tunney Strickland, Horry County Probate Court, Case No.: 89-ES-363, dated November 12, 1990 and recorded November 13, 1990 in the Office of the R.M.C. for Horry County, South Carolina in Deed Book 1434 at Page 406.

# EXHIBIT 16

Tuesday, June 26, 2018



**Print Date:**
6/26/2018 9:48:19 AM

Marion D. Foxworth III
Horry County, SC
Register of Deeds
1301 Second Ave. - 29526
Post Office Box 470
Conway, SC. 29528
(843) 915-5430

Horry County, SC Transaction
#: 1921367
Receipt #: 1799508
Cashier Date: 6/26/2018 9:48:18 AM
(LBLANTON)

| Customer Information | Transaction Information | Payment Summary | |
|---|---|---|---|
| () ARBORONE<br>PO BOX 3699<br>Florence, SC 29502 | DateReceived: 06/26/2018<br>Source Code: Mail<br>Return Code: Mail<br>Trans.Type: Recording<br>Agent Ref Num: | Total Fees<br>Total Payments | $11.00<br>$11.00 |

**1 Payments**

| CHECK 790 | $11.00 |
|---|---|

**1 Recorded Items**

(207) UCC1: (2PAGES+, 1-2 DEBTORS)

BK/PG: 6001/2754   Instrument#:2018000072604
Date:6/26/2018 9:47:57 AM
From: VIRGINIA T STRICKLAND TRUST  To: ARBORONE ACA

| | | |
|---|---|---|
| UCC Recording (3 pgs/1-2 Debtors) @ $10 for first 3 pages and $1 for every page after | 4 | $11.00 |
| UCC Recording (3 pgs/1-2 Debtors) @ $2 per Debtor after 2 | 1 | $0.00 |

**0 Search Items**

**0 Miscellaneous Items**

file:///C:/Program%20Files/RecordingModule/default.htm                6/26/2018

# UCC FINANCING STATEMENT UCC-1
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Tonya Adams

**B. E-MAIL CONTACT AT FILER (optional)**
tadams@arborone.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
ArborOne, ACA
800 Woody Jones Blvd
Florence       SC   29501-

Instrument#: 2018000072604, MTG BK:
6001 PG: 2754 DOCTYPE: 207 06/26/2018
at 09:47:57 AM, 1 OF 4
MARION D. FOXWORTH III, HORRY
COUNTY, SC REGISTRAR OF DEEDS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Virginia T Strickland Trust | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6470 Strickland Rd | Green Sea | SC | 29545 | U.S.A. |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) ...

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | U.S.A. |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ArborOne, ACA | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 800 Woody Jones Blvd | Florence | SC | 29501- | U.S.A. |

**4. COLLATERAL:** This financing statement covers the following collateral:

All timber growing or to be grown on TMS 0150001039 in Horry County
See attached Exhibit A

**5.** Check only if applicable and check only one box: Collateral is [X] Held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
[X] Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street, Suite 525, Columbia, SC 29201           7/1/2013

D18602UC

# UCC FINANCING STATEMENT ADDENDUM UCC-1Ad

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
Virginia T. Strickland Trust

OR

**9b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME (S)/INITIAL(S)   SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME (S)/INITIAL(S)   SUFFIX

**10c. MAILING ADDRESS**   CITY   STATE   POSTAL CODE   COUNTRY U.S.A.

**11.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME**   FIRST PERSONAL NAME   ADDITIONAL NAME (S)/INITIAL(S)   SUFFIX

**11c. MAILING ADDRESS**   CITY   STATE   POSTAL CODE   COUNTRY U.S.A.

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☒ covers timber to be cut   ☐ covers as-extracted collateral   ☒ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

Virginia T Strickland Trust
6470 Strickland Rd
Green Sea, SC 29545

**16.** Description of real estate.

All timber growing or to be grown on TMS 0150001039 located in Horry County.

See attached Exhibit A

**17. MISCELLANEOUS:**

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street, Suite 525 Columbia, SC 29201.    (Rev. 07/01/13)
D18702UC

## EXHIBIT "A"

### Property Descriptions

TMS No.:    15-00-01-039

ALL AND SINGULAR that certain tract of land in Green Sea Township, County and State aforesaid, containing Nine (9) acres, more or less, being the tract excepted from a deed of the W. Pink Strickland and Janie Strickland to Tunney Strickland in their deed of December 30, 1952, recorded January 5, 1953, in Deed Book 118 at Page 149, conveying 70 acres, more or less.

Bounded on the North by G. Tunney Strickland; on the East by Caretta Strickland; on the South by W. Pink Strickland, this being Tract #2 of the deed from J.H. Lovette to Janie and W. Pink Strickland as hereinafter set out; and on the West by G. Tunney Strickland.

By this conveyance all of the 70 acres, more or less, conveyed to W. Pink and Janie Strickland by J.H. Lovette by his deed of October 15, 1948, recorded October 22, 1948, in Deed Book 59 at Page 236, Office of the R.M.C. for Horry County, is conveyed to W. Pink and Janie Strickland.

Tract 2: All that certain piece, parcel or tract of land in Horry County, South Carolina, Green Sea Township, beginning on an old Stacker Corner in edge of Feathery Bay N 47 E 34 chains to a stake corner; thence S 55 E 7 to a stake corner; thence S 17 E 40 chains to a ditch to the Powell line; thence to the edge of Feathery Bay 26 chains to the beginning corner, containing 70 acres, more or less. Save and except from this conveyance a strip of land 284 yards on the East side, to road thence with road 208 yards a west course thence 284 yards back South to line in Bay thence 208 yards to beginning corner.

Tract 3: 8.1 acres, more or less, as shown upon a plat of same prepared by R.W. Morris, C.E., dated March 13, 1958, which plat by reference thereto is incorporated as a part of this description as if set forth herein by courses and distances, recorded in Plat Book 25 at Page 32, Office of the R.M.C. for Horry County.

Bounded on the Northwest and Northeast by a county road; on the Southeast by Play Card Road; on the Southwest by Tobe Gore; and on the Northwest by Tobe Gore and Nathe Buffkin.

Tract 4: ALL AND SINGULAR, that certain tract of land in Green Sea Township, Horry County, South Carolina, containing 195 acres, more or less.

Tract 5: 150.04 acres, Green Sea Township, shown on map in name of Estate of Georgianna Strickland prepared by S.D. Cox Surveyors, Inc., based on survey of March 18, 1971, and February 2, 1972, Plat Book 53, Page 85, Horry County Records.

In
1.
DEEDS

The tract is bounded generally on the North by J.H. Strickland Estate; East by road and lands of W. Pink Strickland; South by road, cemetery, Janie Strickland parcel and others; and West by Edward Dundan.

THESE BEING the identical properties conveyed to Virginia T. Strickland by Deed of Distribution of Virginia T. Strickland, as Personal Representative of the Estate of G. Tunney Strickland, Horry County Probate Court, Case No.: 89-ES-363, dated November 12, 1990 and recorded November 13, 1990 in the Office of the R.M.C. for Horry County, South Carolina in Deed Book 1434 at Page 406.

# UCC-1

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Kim Nelson   8436621527

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
ArborOne ACA
800 Woody Jones Blvd
Florence, SC 29501

SC SECRETARY OF STATE
180620-1602577
Lapse Date: 06/20/2023
Date: 6/20/2018
Time: 4:02 PM
Page Count: 2
Debtor Count: $8.00
Filing Fees: $8.00
Electronic Records Access:
Total: $16.00
Order ID#:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1b. INDIVIDUAL'S SURNAME: Strickland Trust
FIRST PERSONAL NAME: Virginia
ADDITIONAL NAME(S)/INITIAL(S): T

1c. MAILING ADDRESS: 6470 Strickland Road
CITY: Green Sea
STATE: SC
POSTAL CODE: 29545
COUNTRY: US

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME
3a. ORGANIZATION'S NAME: ArborOne ACA

3c. MAILING ADDRESS: 800 Woody Jones Blvd
CITY: Florence
STATE: SC
POSTAL CODE: 29501
COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
All timber growing or to be grown on TMS 0150001039 located in Horry County.

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201.    (Rev. 07/01/13)

**UCC FINANCING STATEMENT ADDENDUM   UCC-1Ad**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
Strickland Trust
FIRST PERSONAL NAME
Virginia
ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX
T

SC SECRETARY OF STATE
180620-1602577
Date: 6/20/2018
Time: 3:29 PM
Page Count: 1
Debtor Count:
Filing Fees: $8.00
Electronic: $8.00
Total: $16.00
Order ID#:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☒ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
Strickland Trust Virginia T
6470 Strickland Rd
Green Sea, SC 29545
US

16. Description of real estate:
All timber growing or to be grown on TMS 0150001039 in Horry County.

17. MISCELLANEOUS:

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201    (Rev. 07/01/13)

# UCC-1

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tonya Adams    8436621527

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
ArborOne ACA
800 Woody Jones Boulevard
Florence, SC 29501

SC SECRETARY OF STATE
180621-1358015
Lapse Date: 06/21/2023
Date: 6/21/2018  1:58 PM
Page Count: 4 Pg
Debtor Count: 1
Filing Fees: $21.00
Electronic Records Access: $8.00
Total: $19.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:
   1a. ORGANIZATION'S NAME: Virginia T Strickland Trust
   1c. MAILING ADDRESS: 6470 Strickland Rd | CITY: Green Sea | STATE: SC | POSTAL CODE: 29545 | COUNTRY: US

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: ArborOne ACA
   3c. MAILING ADDRESS: 800 Woody Jones Boulevard | CITY: Florence | STATE: SC | POSTAL CODE: 29501 | COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
All timber growing or to be grown on TMS 0150001039 in Horry County. See attached Exhibit A

See attachment.

5. Check only if applicable and check only one box: Collateral is [X] held in a Trust (see UCC1Ad, item 17, and Instructions) [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[X] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201    (Rev. 07/01/13)

**UCC FINANCING STATEMENT ADDENDUM   UCC-1Ad**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit; check here ☐

9a. ORGANIZATION'S NAME
Virginia T Strickland Trust

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

SC SECRETARY OF STATE
180621-1358015
Date: 6/21/2018
Time: 1:50 PM
Page Count: 4 Pg
Debtor Count: 1
Filing Fees: $14.00
Electronic: $5.00
Total: $19.00
Order ID#:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☒ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest):
Virginia T Strickland Trust

6470 Strickland Rd

Green Sea, SC 29545

US

16. Description of real estate:
All timber growing or to be grown on TMS 0150001039 located in Horry County. See attached Exhibit A

17. MISCELLANEOUS:

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201    (Rev. 07/01/19)

Instrument#: 2012000010530, DEED BK: 3564 PG: 920 DOCTYPE: 001 01/26/2012 at
11:01:57 AM, 4 OF 8, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR OF
DEEDS

### EXHIBIT "A"

#### Property Descriptions

TMS No.: 15-00-01-039

ALL AND SINGULAR that certain tract of land in Green Sea Township, County and State aforesaid, containing Nine (9) acres, more or less, being the tract excepted from a deed of the W. Pink Strickland and Janie Strickland to Tunney Strickland in their deed of December 30, 1952, recorded January 5, 1953, in Deed Book 118 at Page 149, conveying 70 acres, more or less.

Bounded on the North by G. Tunney Strickland; on the East by Caretta Strickland; on the South by W. Pink Strickland, this being Tract #2 of the deed from J.H. Lovette to Janie and W. Pink Strickland as hereinafter set out; and on the West by G. Tunney Strickland.

By this conveyance all of the 70 acres, more or less, conveyed to W. Pink and Janie Strickland by J.H. Lovette by his deed of October 15, 1948, recorded October 22, 1948, in Deed Book 59 at Page 236, Office of the R.M.C. for Horry County, is conveyed to W. Pink and Janie Strickland:

Tract 2: All that certain piece, parcel or tract of land in Horry County, South Carolina, Green Sea Township, beginning on an old Stacken Corner in edge of Feathery Bay N 47 E 34 chains to a stake corner; thence S 55 E 7 to a stake corner; thence S 17 E 40 chains to a ditch to the Powell line; thence to the edge of Feathery Bay 26 chains to the beginning corner, containing 70 acres, more or less. Save and except from this conveyance a strip of land 284 yards on the East side, to road thence with road 208 yards a West course thence 284 yards back South to line in Bay thence 208 yards to beginning corner.

Tract 3: 8.1 acres, more or less, as shown upon a plat of same prepared by R.W. Morris, C.E., dated March 13, 1958, which plat by reference thereto is incorporated as a part of this description as if set forth herein by courses and distances, recorded in Plat Book 25 at Page 32, Office of the R.M.C. for Horry County.

Bounded on the Northwest and Northeast by a county road; on the Southeast by Play Card Road; on the Southwest by Tobe Gore; and on the Northwest by Tobe Gore and Nathe Buffkin.

Tract 4: ALL AND SINGULAR, that certain tract of land in Green Sea Township, Horry County, South Carolina, containing 195 acres, more or less.

Tract 5: 150.04 acres, Green Sea Township, shown on map in name of Estate of Georgianna Strickland prepared by S.D. Cox Surveyors, Inc., based on survey of March 18, 1971, and February 2, 1972, Plat Book 53, Page 85, Horry County Records.

Instrument#: 2012000010530, DEED BK: 3564 PG: 921 DOCTYPE: 001 01/26/2012 at 11:01:57 AM, 5 OF 8, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR OF DEEDS

The tract is bounded generally on the North by J.H. Strickland Estate; East by road and lands of W. Pink Strickland; South by road, cemetery, Janie Strickland parcel and others; and West by Edward Dancutt.

THESE BEING the identical properties conveyed to Virginia T. Strickland by Deed of Distribution of Virginia T. Strickland, as Personal Representative of the Estate of G. Tanney Strickland, Horry County Probate Court, Case No.: 89-ES-363, dated November 12, 1990 and recorded November 13, 1990 in the Office of the R.M.C. for Horry County, South Carolina in Deed Book 1434 at Page 406.