**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br>TERRY WAYNE STRICKLAND;<br>MATTIE CHARLENE<br>STRICKLAND; AND HELENA<br>AGRI-ENTERPRISES, LLC<br>    DEBTORS | CASE NO.  20-02804-JW<br>CHAPTER 12 |

**NOTICE OF TEMPORARY FORBEARANCE**

Effective Date of Forbearance                                              :  July 9, 2020
Termination Date of Forbearance                                         :  October 7, 2020
Post-petition due date as of the Forbearance effective date   :  April 1, 2020


PHH Mortgage Corporation ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor(s) has/have requested, and SERVICER has provided, a temporary suspension of post-petition mortgage payment(s) due and owing in the time period referenced above (the "Forbearance Period"). This short-term relief is consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During the Forbearance Period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the Forbearance Period, Debtor(s) and/or Debtor(s) attorney (if applicable) should work with the SERVICER and the bankruptcy trustee to explore potential remedies to cure any outstanding post-petition mortgage payment(s) at the termination date of the Forbearance Period. Any outstanding post-petition mortgage payment(s) for which there is not an agreed cure will remain due and owing as of the termination date of the Forbearance Period.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

Respectfully Submitted,

*/s/ Gentry Collins*
Gentry Collins
(Bar No. 104107)
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Blvd, Ste 150
Charlotte, NC 28217
Telephone:  704-369-0676 x3016
Facsimile:  704-369-0760
E-Mail:  scbkr@brockandscott.com

20-00019 BKOBJ01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:<br>TERRY WAYNE STRICKLAND;<br>MATTIE CHARLENE<br>STRICKLAND; AND HELENA<br>AGRI-ENTERPRISES, LLC<br>　　　　　　DEBTORS | CASE NO.  20-02804-JW<br>CHAPTER 12 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Forbearance Due To The Covid-19 Pandemic has been electronically served or mailed, postage prepaid on August 12, 2020 to the following:

TERRY WAYNE STRICKLAND
6470 STRICKLAND RD
GREEN SEA, SC 29545

MATTIE CHARLENE STRICKLAND
6470 STRICKLAND RD
GREEN SEA, SC 29545

Helena Agri-Enterprises, LLC
Fox Rothschild LLP
2 W. Washington St. Suite 1100
Greenville, SC 29601

Reid B. Smith, Debtor's Attorney
1712 Saint Julian Place, Suite 102
Columbia, SC 29204

Fox Rothschild LLP
2 West Washington St, Suite 1100
Greenville, SC 29601

J. Kershaw Spong, Bankruptcy Trustee
Post Office Box 944
Columbia, SC 29202

20-00019 BKOBJ01

U.S. Trustee, US Trustee
Strom Thurmond Federal Building
1835 Assembly St., Suite 953
Columbia, SC 29201

                    */s/ Gentry Collins*
                    Gentry Collins
                    (Bar No. 104107)
                    Attorney for Creditor
                    BROCK & SCOTT, PLLC
                    8757 Red Oak Blvd, Ste 150
                    Charlotte, NC 28217
                    Telephone:  704-369-0676 x3016
                    Facsimile:  704-369-0760
                    E-Mail:  scbkr@brockandscott.com

20-00019 BKOBJ01