## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 20-02804 - jw |
| | ) | |
| **Terry Wayne Strickland and** | ) | |
| **Mattie Charlene Strickland** | ) | CHAPTER: 12 |
| | ) | |
| **Debtors.** | ) | |
| _____ | ) | |

### STATEMENT OF CHANGE

In accordance with SCLBR 1009-1, the Debtors hereby provides this Statement of Change to summarize the amendments to the Petition and Schedule D:

Amend the Petition to add additional prior bankruptcy case.

Amend Schedule D to set out real estate securing the claims of Arbor One, Harvey Chemical and Fertilizer Co., and Helena Chemical Co.

The undersigned debtor does hereby swear that this Amendment is true and accurate to the best of his knowledge, information and belief.

Respectfully submitted this _____ day of August, 2020.

/s/ Reid B. Smith
Reid B. Smith (Dist. Ct. ID 4200)
Attorney for Debtor
1712 St. Julian Place, Suite 102
Columbia, SC 29204
 (803)779-2255

S/ Terry Wayne Strickland
Terry Wayne Strickland, Debtor

S/ Mattie Charlene Strickland
Mattie Charlene Strickland, Debtor

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)*  **20-02804**

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☑ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Terry**<br>First name<br><br>**Wayne**<br>Middle name<br><br>**Strickland**<br>Last name and Suffix (Sr., Jr., II, III) | **Mattie**<br>First name<br><br>**Charlene**<br>Middle name<br><br>**Strickland**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1533 | xxx-xx-2363 |

| Debtor 1 | **Terry Wayne Strickland** | | |
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | Any business names and **Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EIN<br>_____ | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EIN<br>_____ |
| 5. | **Where you live** | **6470 Strickland Rd**<br>**Green Sea, SC 29545**<br>Number, Street, City, State & ZIP Code<br><br>**Horry**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    20-02804

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☑ Chapter 12

☐ Chapter 13

---

**8.**   **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.**   **Have you filed for bankruptcy within the last 8 years?**

☐ No.

☑ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | South Carolina | When | 12/04/19 | Case number | 19-6387 |
| District | South Carolina | When | 1/09/19 | Case number | 19-00181 |
| District | See Attachment | When | | Case number | |

---

**10.**  **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | | Relationship to you | |
|---|---|---|---|
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

---

**11.**  **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Terry Wayne Strickland** | | |
|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | Case number *(if known)* | **20-02804** |

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Terry Wayne Strickland**
Debtor 2    **Mattie Charlene Strickland**

Case number *(if known)*    **20-02804**

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   __Terry Wayne Strickland__
Debtor 2   __Mattie Charlene Strickland__                              Case number *(if known)*  __20-02804__

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Terry Wayne Strickland__                                __/s/ Mattie Charlene Strickland__
**Terry Wayne Strickland**                                    **Mattie Charlene Strickland**
Signature of Debtor 1                                          Signature of Debtor 2

Executed on   __August 20, 2020__            Executed on   __August 20, 2020__
MM / DD / YYYY                                               MM / DD / YYYY

| Debtor 1 | **Terry Wayne Strickland** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | | Case number *(if known)* | **20-02804** |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Reid B. Smith | Date | August 20, 2020 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Reid B. Smith**
Printed name

**Bird & Smith, P.A.**
Firm name

**1712 St. Julian Place, Suite 102**
**Columbia, SC 29204**
Number, Street, City, State & ZIP Code

| Contact phone | **803-779-2255** | Email address | **rsmith@birdsmithlaw.com** |
|---|---|---|---|

**4200 SC**
Bar number & State

---

Debtor 1   **Terry Wayne Strickland**
Debtor 2   **Mattie Charlene Strickland**

Case number *(if known)*    20-02804

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Terry Wayne Strickland** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Mattie Charlene Strickland** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **20-02804** |
| (if known) | |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| South Carolina | 19-6387 | 12/04/19 |
| South Carolina | 19-00181 | 1/09/19 |
| South Carolina | 18-06291 | 12/11/18 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry Wayne Strickland** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mattie Charlene Strickland** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **20-02804** | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| **2.1    Anderson Brothers Bank**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**6245 Norton Rd Green Sea, SC<br>29545  Horry County<br>81.09 acres with improvements<br>TMS 0100001040<br>tax value $266,080** | $237,448.55 | $266,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 301**
**Mullins, SC 29574**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____        Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Terry Wayne Strickland**
_____   Case number (if known)  **20-02804**
First Name        Middle Name        Last Name

Debtor 2 **Mattie Chariene Strickland**
_____
First Name        Middle Name        Last Name

| **2.2** **Anderson Brothers Bank** | Describe the property that secures the claim: | $12,256.00 | $266,000.00 | $0.00 |

**2.2** **Anderson Brothers Bank**
Creditor's Name

Describe the property that secures the claim:

**6245 Norton Rd Green Sea, SC
29545  Horry County
81.09 acres with improvements
TMS 0100001040
tax value $266,080**

$12,256.00   $266,000.00   $0.00

**PO Box 301
Mullins, SC 29574**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.3** **ArborOne, ACA**
Creditor's Name

Describe the property that secures the claim:

**farm machinery and equip; and real
estate identified in attachment**

$690,093.45   $3,582,445.00   $0.00

**800 Woody Jones Blvd
Florence, SC 29501**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **06/19/2015**   Last 4 digits of account number  **6624**

---

**2.4** **ArborOne, ACA**
Creditor's Name

Describe the property that secures the claim:

**farm machinery and equip; and real
estate identified in attachment**

$488,941.00   $3,582,445.00   $0.00

**800 Woody Jones Blvd
Florence, SC 29501**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **04/11/2016**   Last 4 digits of account number  **6629**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor 1    **Terry Wayne Strickland**
     First Name     Middle Name     Last Name

Debtor 2    **Mattie Chariene Strickland**
     First Name     Middle Name     Last Name

Case number (if known)    **20-02804**

---

**2.5**    **ArborOne, ACA**
Creditor's Name

800 Woody Jones Blvd
Florence, SC 29501
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**farm machinery and equip; and real estate identified in attachment**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

$1,871,579.38    $3,582,445.00    $0.00

Date debt was incurred    **03/28/2017**    Last 4 digits of account number    **6630**

---

**2.6**    **ArborOne, ACA**
Creditor's Name

800 Woody Jones Blvd
Florence, SC 29501
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**farm machinery and equip; and real estate identified in attachment**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

$89,609.54    $3,582,445.00    $0.00

Date debt was incurred    **05/25/2018**    Last 4 digits of account number    **6632**

---

**2.7**    **ArborOne, ACA**
Creditor's Name

800 Woody Jones Blvd
Florence, SC 29501
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

**ffarm machinery and equip; and real estate identified in attachment**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

$85,847.22    $3,582,445.00    $0.00

Date debt was incurred    **06/20/2018**    Last 4 digits of account number    **6633**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

Debtor 1    **Terry Wayne Strickland**

_First Name_ _____ _Middle Name_ _____ _Last Name_

Debtor 2    **Mattie Charlene Strickland**

_First Name_ _____ _Middle Name_ _____ _Last Name_

Case number (if known)    **20-02804**

---

| 2.8 | **ArborOne, ACA** | Describe the property that secures the claim: | $318,705.00 | $3,582,445.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**farm machinery and equip; and real estate identified in attachment**

**800 Woody Jones Blvd
Florence, SC 29501**

_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    06/07/2016    Last 4 digits of account number    1501

---

| 2.9 | **ArborOne, ACA** | Describe the property that secures the claim: | $422,264.14 | $3,582,445.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**farm machinery and equip; and real estate identified in attachment**

**800 Woody Jones Blvd
Florence, SC 29501**

_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    06/07/2016    Last 4 digits of account number    8602

---

| 2.10 | **Harvey Fertilizer & Gas Co.** | Describe the property that secures the claim: | $403,799.44 | $4,457,745.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**farm machinery and equip; and real estate identified in attachment**

**Att: Mike Pollard
PO Box 189
Kinston, NC 28502**

_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Terry Wayne Strickland**
First Name        Middle Name                Last Name

Debtor 2  **Mattie Charlene Strickland**
First Name        Middle Name                Last Name

Case number (if known)  20-02804

---

**2.1 1**  **Helena Chemical Co.**
Creditor's Name

Describe the property that secures the claim:  $612,500.00  $2,530,065.00  $0.00

**farm machinery and equip; and real estate identified in attachment**

**225 Schilling Blvd**
**Collierville, TN 38017**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.1 2**  **John Deere Financial**
Creditor's Name

Describe the property that secures the claim:  $18,436.16  $42,000.00  $0.00

**Great Plains 2400 mulcher**

**6400 NW 86th Street**
**P.O. BOX 6600**
**Johnston, IA 50131-6600**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  1382

---

**2.1 3**  **John Deere Financial**
Creditor's Name

Describe the property that secures the claim:  $42,048.45  $43,000.00  $0.00

**John Deere 2620 disk**

**6400 NW 86th Street**
**P.O. BOX 6600**
**Johnston, IA 50131-6600**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  3802

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.1 4 | **John Deere Financial** | Describe the property that secures the claim: | $12,651.20 | $35,000.00 | $0.00 |

Creditor's Name

**John Deere 7420 row crop tractor**

6400 NW 86th Street
P.O. BOX 6600
Johnston, IA 50131-6600

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien. Check all that apply.**
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    5034

---

| 2.1 5 | **John Deere Financial** | Describe the property that secures the claim: | $15,717.57 | $7,500.00 | $8,217.57 |

Creditor's Name

**John Deere 6100 Hicycle sprayer**

6400 NW 86th Street
P.O. BOX 6600
Johnston, IA 50131-6600

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien. Check all that apply.**
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    6141

| | | |
|---|---|---|
| Debtor 1 | **Terry Wayne Strickland** | |
| | First Name | Middle Name | Last Name |

Case number (if known)  **20-02804**

| | | |
|---|---|---|
| Debtor 2 | **Mattie Charlene Strickland** | |
| | First Name | Middle Name | Last Name |

---

**2.16** **Kubota Credit Corporation USA**
Creditor's Name

PO Box 2046
Grapevine, TX 76099
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

KUBOTA RTV-X1100CRL-A, 40365

$18,356.00   $12,000.00   $6,356.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.17** **Mortgage Service Center/PHH Mortgage**
Creditor's Name

**Attn: Bankruptcy Department**
Po Box 5452
Mount Laurel, NJ 08054
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **Opened 08/11  Last Active 8/15/18**

**Describe the property that secures the claim:**

Real Estate Mortgage

$178,477.00   Unknown   $178,477.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **1974**

---

| Debtor 1 | **Terry Wayne Strickland** | | | Case number (if known) | **20-02804** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Mattie Charlene Strickland** | | | | | |
| | First Name | Middle Name | Last Name | | | |

---

| 2.1 8 | **United Community Bank** | Describe the property that secures the claim: | $70,047.75 | $119,860.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Hwy 33 Green Sea, SC 29545  Horry County**
**24.82 acres**
**tms 150001002**
**tax value 119860**

**125 Highway 515 E**
**Blairsville, GA 30512**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number _____

---

| 2.1 9 | **United Community Bank** | Describe the property that secures the claim: | $13,575.00 | $23,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2012 Cadillac Escalade 62000 miles**

**125 Highway 515 E**
**Blairsville, GA 30512**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number _____

---

Debtor 1  **Terry Wayne Strickland**
         First Name      Middle Name         Last Name          Case number (if known)  **20-02804**

Debtor 2  **Mattie Charlene Strickland**
         First Name      Middle Name         Last Name

| 2.2 0 | **Yam City Gas** | Describe the property that secures the claim: | $54,502.13 | $0.00 | $54,502.13 |
|---|---|---|---|---|---|

Creditor's Name

**902 E 5th St.**
**Tabor City, NC 28463**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred        Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $5,656,854.98

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $5,656,854.98

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
   **Edward J. Coyne, III**
   **Ward & Smith, P.A.**         On which line in Part 1 did you enter the creditor?  **2.10**
   **PO Box 7068**
   **Wilmington, NC 28406**       Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
   **Kubota Credit Corp.**
   **1000 Kubota Dr.**            On which line in Part 1 did you enter the creditor?  **2.16**
   **Grapevine, TX 76051**        Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
   **Luke M. Allen**
   **Adams and Reese LLP**        On which line in Part 1 did you enter the creditor?  **2.18**
   **PO box 2285**
   **Columbia, SC 29202**         Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
   **Rick Mendoza**
   **PO Box 2426**               On which line in Part 1 did you enter the creditor?  **2.3**
   **Columbia, SC 29202**         Last 4 digits of account number ___

**Real Estate subject to Arbor One mortgages:**
**(Schedule D - Items 2.3, 2.4, 2.5, 2.6, 2.7, 2.8 and 2.9)**

1) Item 1.2 schedule A/B:   4.52 acres
   tms 1500001011
   tax value $20600

2) Item 1.1 schedule A/B:   81.09 acres with improvements
   TMS 0100001040
   tax value $266,080

3) Item 1.3 schedule A/B:   8.35 acres
   tms 01500001154
   tax value $35720

4) Item 1.4 schedule A/B:   11.01 acres
   tms 15000001128
   tax value 34220

5) Item 1.9 schedule A/B:   56.5 acres (Marion County)
   TMS 044-00-00-030-000
   tax value $122,100

6) Item 25 schedule A/B

| tms | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 1500001085 | $16400 | 3.24 |

This real estate is owned by Terry Wayne Strickland Living Trust

**Real estate subject to Harvey Chemical and Fertilizer mortgage:**
**(Schedule D Item 2.10)**

1) Item 1.2 schedule A/B:   4.52 acres
   tms 1500001011

tax value $20600

2) Item 1.1 schedule A/B:   81.09 acres with improvements
TMS 0100001040
tax value $266,080

3) Item 1.3 schedule A/B:   8.35 acres
tms 01500001154
tax value $35720

4) Item 1.4 schedule A/B:   11.01 acres
tms 15000001128
tax value 34220

5) Item 25 schedule A/B

| tms | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 100001057 | $29700 | 6.68 |
| 1500001085 | $16400 | 3.24 |
| 0210001083 | $127535 | 50.14 |

This real estate is owned by Terry Wayne Strickland Living
Trust

6) Item 1.8 schedule A/B:   24.82 acres
tms 150001002
tax value 119860

7) Item 25 schedule A/B

| TMS | tax value | acreage |
|---|---|---|
| 0380001006 | $353,300 | 7.51 |

Terry Wayne Strickland Living Trust owns a 50% interest
in this real estate. Mr. Strickland's sister owns the other
50%.

8) Item 25 schedule A/B    TMS         tax value          acreage
                                    0190001041   $7000             .99 with 1979
                                      24X56 Horton mobile Home

                                    This real estate is owned by the Charlene Elliott Strickland
                                    Living Trust.

**Real estate subject to Helena Chemical mortgages:**
**(Schedule D item 2.11)**

1) Item 1.6 schedule A/B:   tms 0100001098
                                  tax value 55800
                                  subject to life estate held by Virginia Strickland

9) Item 1.2 schedule A/B:   4.52 acres
                                  tms 1500001011
                                  tax value $20600

10) Item 1.1 schedule A/B:   81.09 acres with improvements
                                  TMS 0100001040
                                  tax value $266,080

11) Item 1.3 schedule A/B:   8.35 acres
                                  tms 01500001154
                                  tax value $35720

12) Item 1.4 schedule A/B:   11.01 acres
                                  tms 15000001128
                                  tax value 34220

13) Item 25 schedule A/B

| tms | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |

| | | |
|---|---|---|
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 100001057 | $29700 | 6.68 |
| 1500001085 | $16400 | 3.24 |
| 0210001083 | $127535 | 50.14 |

This real estate is owned by Terry Wayne Strickland Living Trust

14) Item 1.8 schedule A/B:    24.82 acres
tms 150001002
tax value 119860

15) Item 1.9 schedule A/B:    56.5 acres (Marion County)
TMS 044-00-00-030-000
tax value $122,100

16) Item 25 schedule A/B:

| TMS | tax value | acreage |
|---|---|---|
| 0380001006 | $353,300 | 7.51 |

Terry Wayne Strickland Living Trust owns a 50% interest in this real estate. Mr. Strickland's sister owns the other 50%.

17) Item 1.5 schedule A/B:

| PIN | tax value | acreage |
|---|---|---|
| 0107.00-80-5788.000 | $26,700 | 8.61 |

Real estate located in Columbus County, NC

18) Item 25 schedule A/B:

| PIN | tax value | acreage |
|---|---|---|
| 0107.00-81-8059.000 | $12,300 | 5.39 |

Real estate located in Columbus County, NC

| recording date | recording info | creditor | amount | TMS | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 2/22/2011 | 5307/3391 | ArborOne | | 015-00-01-001 | | |
| | | | | | | |
| 11/4/2014 | 5632/2154 | Anderson Bros Bank | 275,000 | 010-00-01-040 | | |
| | | | | | | |
| 6/19/2015 | 5687/201 | ArborOne | 644,710 | 015-00-01-011 | 015-00-01-154 | 015-00-01-128 |
| | | | | 015-00-01-001 | 015-00-01-007 | 010-00-01-111 |
| | | | | 015-00-01-094 | 010-00-01-034 | 010-00-01-050 |
| | | | | 010-00-01-100 | 015-00-01-085 | |
| | | | | | | |
| 6/7/2016 | 5780/1618 | ArborOne | 5,000,000 | 015-00-01-011 | 015-00-01-154 | 015-00-01-128 |
| | | | | 015-00-01-001 | 015-00-01-007 | 010-00-01-111 |
| | | | | 015-00-01-094 | 010-00-01-034 | 010-00-01-050 |
| | | | | 010-00-01-100 | | |
| | | | | | | |
| 6/20/2018 | 420/167 | ArborOne | 77,676.59 | 044000-00-03-00-00 (Marion County) (joint with Charlene) | | |
| | | | | | | |
| 7/15/2016 | 5791/3342 | Harvey Chem & Fert | 377,247.93 | 010-00-01-040 | 015-00-01-128 | |
| | | | | 015-00-01-094 | 015-00-01-007 | 015-00-01-011 |
| | | | | 015-00-01-154 | 015-00-01-001 | 015-00-01-085 |
| | | | | 010-00-01-034 | 010-00-01-050 | 010-00-01-100 |
| | | | | 010-00-01-111 | 021-00-01-083 | 015-00-01-002 |
| | | | | 038-00-01-006 | | 010-00-01-057 |
| | | | | 019-00-01-041 | | |
| | | | | | | |
| 8/19/2016 | 5802/245 | Helena Chemical | 487,500 | 094-00-02-120 (not Terry Wayne) | 010-00-01-098 | 010-00-01-050 |
| | | | | 015-00-01-085 | 021-00-01-083 | 015-00-01-002 |
| | | | | 038-00-01-006 | 010-00-01-057 | 010-00-01-040 |
| | | | | 044-00-00-030-000 (Marion) | 015-00-01-011 | 015-00-01-154 |
| | | | | 015-00-01-128 | 015-00-01-001 | 015-00-01-007 |
| | | | | 010-00-01-111 | 015-00-01-094 | 010-00-01-034 |
| | | | | 010-00-01-100 | 0107.00-80-5788.000 (Collumbus Co. NC) | 0107.00-81-8059.000 (Columbus Co. NC) |
| | | | | | | |
| 8/19/2016 | 5801/271 | Helena Chemical | | 010-00-01-040 | | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry Wayne Strickland** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mattie Charlene Strickland** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **20-02804** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Terry Wayne Strickland**                         X **/s/ Mattie Charlene Strickland**
**Terry Wayne Strickland**                               **Mattie Charlene Strickland**
Signature of Debtor 1                                    Signature of Debtor 2

Date  **August 20, 2020**                                Date  **August 20, 2020**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy