ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                              )    Bankruptcy Number:
                                    )    Chapter 12
                                    )
                                    )
                                    )
              Debtor(s).            )
_____)

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Terry W & Mattie C Strickland

CASE NO.: 20-02804

For Month Ending July 2020

MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. **CASH RECEIPTS**                                      MONTH    YEAR TO DATE

   A. **FARM INCOME**

      Grain Sales
         #bu._____  corn at $___0___      July
         #bu._____  beans at $___0___      ''
         #bu._____  oats at $___0___       ''
         #bu._____  milo at $___0___       ''
         #bu._____  wheat at $___0___      ''

      Livestock Sales
         #hd_____  feeder pigs at $___0___   ''
         #hd_____  hogs at $___0___
                   per/lb.                   ''
         #hd_____  calves at $___0___
                   per/lb.                   ''
         #hd_____  cattle at $___0___
                   per/lb.                   ''
         #hd_____  lambs at $___0___         ''
         Eggs _____0_____
         Poultry _____0_____      ''

1

```
       Milk  _____     0      _____
       Other _____     0      _____
             _____     0

   Miscellaneous Farm Income
       Contract payments                 0      _____
       Contract payments                 0      _____
       Contract payments                 0      _____
       Rent payment                     ___     _____
       Rent payment                     ___     _____
       Government payment               ___     _____
       PIK and Roll proceeds            ___     _____
       Custom farming income             0      _____
       Custom feeding payments           0      _____
       Other farm income                 0      _____
       (please specify source)
       _____
       _____
       _____

       New loans (specify source)       ___     _____
       _____
       _____

B. WAGES FROM OUTSIDE WORK

       Husband                           0      _____
       Wife                              0      _____

C. OTHER RECEIPTS

       Social Security                465.00    840.00
       Other: _____       ___      _____
       _____
       _____
       _____

              Total Cash Receipts      ___      _____
```

2

C.  TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE  _____

TOTAL EXPENSES FOR MONTH    $000.00

CASH PROFIT (LOSS) FOR MONTH    0
[TOTAL INCOME minus TOTAL EXPENSES]    +300.00

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE $____0____

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY
$____0____

III. <u>CASH RECONCILIATION</u>:

Cash and Bank Accounts Balance at
Beginning of Month:    $ —

Profit (or Loss) During Month    $ 300.00

Cash and Bank Account Balance at
End of Month    $ —

IV. <u>EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized)</u>:

Expense                                         Amount
                                                $ 0
   0


I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

8-15-2020                        _____
DATE                             DEBTOR(S) / OFFICER OF DEBTOR(S)

5

II. EXPENSES PAID

A. HOUSEHOLD  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Horry Electric | 7-10-2020 | $240 | lights |
| " | | ~~$200~~ | ~~Moms lights~~ |
| Groc. Store | | $100 | food |
| Pharmacy | | $40 | medicine |
| ~~Pharmacy~~ | | ~~5.00~~ | mom's med |
| gas | | $120 | CAR |
| LP gas | | $500 | cook |

TOTAL  _____

3

B. <u>FARM EXPENSES</u>   (Use more pages if necessary.)

<u>Payee</u>            <u>Date</u>    <u>Amount</u>    <u>Purpose</u>

TOTAL

4

# United Community Bank.

1300 SECOND AVE • CONWAY SC 29526
TELEPHONE: 800-822-2651    (522)
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | XXXXXX1985 |
| Statement Date | 05/27/2020 |
| Balance | 58.68 |
| Enclosures | 0 |
| Page | 1 of 1 |



13331 1 AB 0.416        P:13331 / T:49 / S:

TERRY W STRICKLAND
MATTIE CHARLENE STRICKLAND
DEBTOR IN POSSESSION CASE # 19-06177
6470 STRICKLAND RD
GREEN SEA SC 29545-4338

View, search, save and print statements for all your United accounts. It's totally free, and you can do it from home or on the go using our Online and Mobile Banking options. Reduce paper clutter by visiting ucbi.com/estatements to learn more.

## UNITED CHECKING 55+ ACCOUNT XXXXXX1985

```
            LAST STATEMENT 04/24/20        58.68
                           CREDITS          .00
                            DEBITS          .00
            THIS STATEMENT 05/27/20        58.68
```

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |


Membe

We use our SS to pay our telephone & light Bills and what little gro. we need until we can do otherwise. We haven't had any proceeds to go in Debtor account. Do we need to have our SS put in this account. Please let us know.

Jerry & Charlene