**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-02804-jw |
| | ) | |
| Terry Wayne Strickland and | ) | Chapter 12 |
| Mattie Charlene Strickland, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CHAPTER 12 TRUSTEE'S**
**INITIAL STATUS REPORT**
(Due 10 days after Section 341 Meeting)

DEBTORS: Terry Wayne Strickland and Mattie Charlene Strickland

DATE FILED: July 6, 2020

CASE NO.: 20-2804-jw

DATE OF §341 MEETING: August 7, 2020; continued 341 August 21, 2020

NAME OF TRUSTEE: J. Kershaw Spong

NAME OF COURT REPORTER: Digital recorder
(OR CASSETTE # IF RECORDED)

APPEARANCE OF COUNSEL AND OTHERS ON AUGUST 7, 2020:

    Debtors: Reid B. Smith
    Creditors: Reid Dyer for John Deere Financial
                 Rick Mendoza for ArborOne
                 Jennifer Kimbrell for ArborOne
                 Sonya Roberson for IRS
                 Luke Allen for United Community Bank
                 Tim Stack for U.S. Trustee

APPEARANCE OF COUNSEL AND OTHERS ON AUGUST 21, 2020:

    Debtors: Reid B. Smith
    Creditors: Rick Mendoza for ArborOne
                 Jennifer Kimbrell for ArborOne
                 Michael Fields for Harvey Fertilizer
                 Luke Allen for United Community Bank
                 Tim Stack for U.S. Trustee

| | |
|---|---|
| __X__ | Debtor examined |
| __X__ | Debtor eligible for Chapter 12 (appears eligible, but Trustee needs to review tax returns) |
| _____ | Summary of Operations Report provided (copy attached) and appears reasonably complete and accurate |
| __X__ | Statement of Income and Expenditures examined and appears reasonably accurate |
| __X__ | Debtor instructed re: Monthly Reports, Starting New Books and Bank Accounts, Duties, and Limitations on Actions |
| _____ | Debtor to revise Summary of Operations Report and submit in approximately two weeks |
| _____ | Debtor to revise Statement of Income and Expenditures and submit in approximately two weeks |
| _____ | Debtor to amend schedules and submit in approximately 2 weeks |
| __X__ | Debtors to provide summary of operations within 10 days |
| __X__ | Debtors to provide photo of porcelain dolls |

## ANALYSIS OF DEBT

I.   Secured Debt

| Creditor Name | Amt of Debt | Collateral Description | Collateral Value |
|---|---|---|---|
| Anderson Brothers Bank | $237,448.55 | 81.09 acres with improvements Green Sea, SC | $266,000.00 |
| Anderson Brothers Bank | $12,256.00 | 81.09 acres with improvements Green Sea, SC | $266,000.00 |
| ArborOne, ACA | $690,093.45 | farm machinery equipment real estate* | $3,582,445.00 |
| ArborOne, ACA | $488,941.00 | farm machinery equipment real estate* | $3,582,445.00 |
| ArborOne, ACA | $1,871,579.38 | farm machinery equipment real estate* | $3,582,445.00 |
| ArborOne, ACA | $89,609.54 | farm machinery equipment real estate* | $3,582,445.00 |

| | | | |
|---|---|---|---|
| ArborOne, ACA | $85,847.22 | farm machinery equipment real estate* | $3,582,445.00 |
| ArborOne, ACA | $318,705.00 | farm machinery equipment real estate* | $3,582,445.00 |
| ArborOne, ACA | $422,264.14 | farm machinery equipment real estate* | $3,582,445.00 |
| Harvey Fertilizer & Gas Co. | $403,799.44 | farm machinery equipment real estate* | $4,457,745.00 |
| Helena Chemical | $612,500.00 | farm machinery equipment real estate* | $2,530,065.00 |
| John Deere Financial | $18,436.16 | Great Plains 2400 mulcher | $42,000.00 |
| John Deere Financial | $42,048.45 | John Deere 2620 disk | $43,000.00 |
| John Deere Financial | $12,651.20 | John Deere 7420 row crop tractor | $35,000.00 |
| John Deere Financial | $15,717.57 | John Deere 6100 hicycle sprayer | $7,500.00 |
| Kubota Credit | $18,356.00 | Kubota RTV | $12,000.00 |
| Mortgage Service Center/PHH Mortgage | $178,477.00 | real estate 3.83 acres 3.69 acres Loris, SC | unknown |
| United Community Bank | $70,047.75 | 24.82 acres Green Sea, SC | $119,860.00 |
| United Community Bank | $13,575.00 | 2012 Cadillac Escalade | $23,000.00 |

```
Yam City Gas            $54,502.13      judgment         $0.00
```

* See attached description of real estate

```
II.    Total Amount of Priority Debts (from E Schedule)    11,751.73
III.   (1) Amount of Unsecured Debt from F Schedule         695,169.83
       (2) Probable Unsecured Portion of Secured Debt       247,6552.70
       Total Unsecured Debt                                $954,474.26
```

**GENERAL COMMENTS**

1. Was the Debtor informed that failure to cooperate with Trustee or United States Trustee or to submit required reports can result in dismissal of the case?

   Yes.

2. Was liquidation analysis available? If so, attach copy. If not, was Debtor alerted to need for liquidation analysis at confirmation hearing?

   Liquidation Analysis to be filed with the Chapter 12 Plan.

3. Was the Debtor alerted to need to negotiate plan with secured creditors?

   Yes.

4. When will plan be filed?

   The plan is due on October 5, 2020.

5. Debtors are to provide the following within 10 days:
   (1) Summary of Operations
   (2) Photo of porcelain dolls

```
                                        _____
                                        J. Kershaw Spong
                                        Chapter 12 Trustee
                                        District Court ID No. 531
                                        Post Office Box 11449
                                        Columbia, SC 29211
                                        (803) 929-1400
```

August 24, 2020

**Real Estate subject to Arbor One mortgages:**
**(Schedule D - Items 2.3, 2.4, 2.5, 2.6, 2.7, 2.8 and 2.9)**

1) Item 1.2 schedule A/B:    4.52 acres
                             tms 1500001011
                             tax value $20600

2) Item 1.1 schedule A/B:    81.09 acres with improvements
                             TMS 0100001040
                             tax value $266,080

3) Item 1.3 schedule A/B:    8.35 acres
                             tms 01500001154
                             tax value $35720

4) Item 1.4 schedule A/B:    11.01 acres
                             tms 15000001128
                             tax value 34220

5) Item 1.9 schedule A/B:    56.5 acres (Marion County)
                             TMS 044-00-00-030-000
                             tax value $122,100

6) Item 25 schedule A/B

| tms | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 1500001085 | $16400 | 3.24 |

This real estate is owned by Terry Wayne Strickland Living Trust

**Real estate subject to Harvey Chemical and Fertilizer mortgage:**
**(Schedule D Item 2.10)**

1) Item 1.2 schedule A/B:    4.52 acres
                             tms 1500001011

          tax value $20600

2) Item 1.1 schedule A/B:    81.09 acres with improvements
    TMS 0100001040
    tax value $266,080

3) Item 1.3 schedule A/B:    8.35 acres
    tms 01500001154
    tax value $35720

4) Item 1.4 schedule A/B:    11.01 acres
    tms 15000001128
    tax value 34220

5) Item 25 schedule A/B

| tms | tax value | acreage |
|---|---|---|
| 150001001 | $280240 | 99.04 |
| 150001007 | $ 90500 | 23.98 |
| 100001111 | $37620 | 13.54 |
| 150001094 | $131310 | 44.34 |
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 100001057 | $29700 | 6.68 |
| 1500001085 | $16400 | 3.24 |
| 0210001083 | $127535 | 50.14 |

This real estate is owned by Terry Wayne Strickland Living Trust

6) Item 1.8 schedule A/B:    24.82 acres
    tms 150001002
    tax value 119860

7) Item 25 schedule A/B:

| TMS | tax value | acreage |
|---|---|---|
| 0380001006 | $353,300 | 7.51 |

Terry Wayne Strickland Living Trust owns a 50% interest in this real estate. Mr. Strickland's sister owns the other 50%.

8) Item 25 schedule A/B     TMS     tax value     acreage
0190001041    $7000     .99 with 1979
24X56 Horton mobile Home

This real estate is owned by the Charlene Elliott Strickland Living Trust.

**Real estate subject to Helena Chemical mortgages:**
**(Schedule D item 2.11)**

1) Item 1.6 schedule A/B:    tms 0100001098
tax value 55800
subject to life estate held by Virginia Strickland

9) Item 1.2 schedule A/B:    4.52 acres
tms 1500001011
tax value $20600

10) Item 1.1 schedule A/B:    81.09 acres with improvements
TMS 0100001040
tax value $266,080

11) Item 1.3 schedule A/B:    8.35 acres
tms 01500001154
tax value $35720

12) Item 1.4 schedule A/B:    11.01 acres
tms 15000001128
tax value 34220

13) Item 25 schedule A/B    tms     tax value     acreage
150001001    $280240    99.04
150001007    $ 90500    23.98
100001111    $37620     13.54
150001094    $131310    44.34

|  |  |  |
|---|---|---|
| 100001034 | $79000 | 24.27 |
| 100001050 | $103660 | 35.9 |
| 100001100 | $117410 | 45.7 |
| 100001057 | $29700 | 6.68 |
| 1500001085 | $16400 | 3.24 |
| 0210001083 | $127535 | 50.14 |

This real estate is owned by Terry Wayne Strickland Living Trust

14) Item 1.8 schedule A/B:   24.82 acres
tms 150001002
tax value 119860

15) Item 1.9 schedule A/B:   56.5 acres (Marion County)
TMS 044-00-00-030-000
tax value $122,100

16) Item 25 schedule A/B:

| TMS | tax value | acreage |
|---|---|---|
| 0380001006 | $353,300 | 7.51 |

Terry Wayne Strickland Living Trust owns a 50% interest in this real estate. Mr. Strickland's sister owns the other 50%.

17) Item 1.5 schedule A/B:

| PIN | tax value | acreage |
|---|---|---|
| 0107.00-80-5788.000 | $26,700 | 8.61 |

Real estate located in Columbus County, NC

18) Item 25 schedule A/B:

| PIN | tax value | acreage |
|---|---|---|
| 0107.00-81-8059.000 | $12,300 | 5.39 |

Real estate located in Columbus County, NC

| recording date | recording info | creditor | amount | TMS | | |
|---|---|---|---|---|---|---|
| 2/22/2011 | 5307/3391 | ArborOne | | 015-00-01-001 | | |
| | | | | | | |
| 11/4/2014 | 5632/2154 | Anderson Bros Bank | 275,000 | 010-00-01-040 | | |
| 6/19/2015 | 5687/201 | ArborOne | 644,710 | 015-00-01-011 | 015-00-01-154 | 015-00-01-128 |
| | | | | 015-00-01-001 | 015-00-01-007 | 010-00-01-111 |
| | | | | 015-00-01-094 | 010-00-01-034 | 010-00-01-050 |
| | | | | 010-00-01-100 | 015-00-01-085 | |
| | | | | | | |
| 6/7/2016 | 5780/1618 | ArborOne | 5,000,000 | 015-00-01-011 | 015-00-01-154 | 015-00-01-128 |
| | | | | 015-00-01-001 | 015-00-01-007 | 010-00-01-111 |
| | | | | 015-00-01-094 | 010-00-01-034 | 010-00-01-050 |
| | | | | 010-00-01-100 | | |
| | | | | | | |
| 6/20/2018 | 420/167 | ArborOne | 77,676.59 | 044000-00-03-00-00 (Marion County) (joint with Charlene) | | |
| | | | | | | |
| 7/15/2016 | 5791/3342 | Harvey Chem & Fert | 377,247.93 | 010-00-01-040 | 015-00-01-128 | |
| | | | | 015-00-01-094 | 015-00-01-007 | 015-00-01-011 |
| | | | | 015-00-01-154 | 015-00-01-001 | 015-00-01-085 |
| | | | | 010-00-01-034 | 010-00-01-050 | 010-00-01-100 |
| | | | | 010-00-01-111 | 021-00-01-083 | 015-00-01-002 |
| | | | | 038-00-01-006 | | 010-00-01-057 |
| | | | | 019-00-01-041 | | |
| | | | | | | |
| 8/19/2016 | 5802/245 | Helena Chemical | 487,500 | 094-00-02-120 (not Terry Wayne) | 010-00-01-098 | 010-00-01-050 |
| | | | | 015-00-01-085 | 021-00-01-083 | 015-00-01-002 |
| | | | | 038-00-01-006 | 010-00-01-057 | 010-00-01-040 |
| | | | | 044-00-00-030-000 (Marion) | 015-00-01-011 | 015-00-01-154 |
| | | | | 015-00-01-128 | 015-00-01-001 | 015-00-01-007 |
| | | | | 010-00-01-111 | 015-00-01-094 | 010-00-01-034 |
| | | | | 010-00-01-100 | 0107.00-80-5788.000 (Collumbus Co. NC) | 0107.00-81-8059.000 (Collumbus Co. NC) |
| | | | | | | |
| 8/19/2016 | 5801/271 | Helena Chemical | | 010-00-01-040 | | |