UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Terry Wayne Strickland and Mattie Charlene Strickland<br><br>Debtor(s). | CHAPTER 12<br><br>CASE NO: 20-02804-JW<br><br>NOTICE OF PRE-CONFIRMATION CONFERENCE, CONFIRMATION HEARING AND PLAN |

TO TRUSTEE, CREDITORS AND OTHER PARTIES IN INTEREST:

Attached is a copy of the proposed chapter 12 plan of Terry Wayne Strickland and Mattie Charlene Strickland.  Any party objecting to this plan should serve the Trustee, J. Kershaw Spong, Terry Wayne Strickland and Mattie Charlene Strickland, Reid B. Smith, Attorney for the Debtor, and any other entity designated by the Court with a copy of said objection and file the objection with the Clerk of Court.  All objections must be filed no later than the pre-confirmation conference and must comply with District of South Carolina Local Bankruptcy Rule 9014-1.  Failure to appear at the confirmation hearing to prosecute any objection may result in the objection not being considered by the Court.

1.    <u>Pre-confirmation Conference</u>:  On October 27, 2020 at 1:30 PM, a pre-confirmation conference will be held.  At this time the parties should be prepared to discuss if it is possible to resolve any objections to the plan, objections to proofs of claim or interest and contested lien avoidances and valuation motions.

2.    <u>Confirmation Hearing</u>:  On November 10, 2020 at 11:30 AM before the Honorable John E. Waites at the King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina, a confirmation hearing will be held.  Any amended plan to be considered at this hearing must be filed not later than seven (7) days prior to the hearing in accordance with District of South Carolina Local Bankruptcy Rule 2082-1(d).

                    Laura A. Austin, Clerk of Court
                    United States Bankruptcy Court

                    BY: /s/Christine Tull

Date: October 7, 2020                      C. Tull, Deputy Clerk

| | |
|---|---|
| J. Kershaw Spong, Chapter 12 Trustee<br>Robinson Gray Stepp & Laffitte, LLC PO Box 11449, Columbia, SC 29211 | Reid B. Smith, Attorney for the Debtor(s)<br>Bird and Smith, PA 1712 Saint Julian Place, Suite 102, Columbia, SC 29204 |

Pursuant to District of South Carolina Local Bankruptcy Rules 2082-1 and 5075-1, this notice and a copy of the plan is to be served by debtor(s) or debtor's(s') counsel.  Proof of service should be filed with the Court by debtor(s) or debtor's(s') counsel in accordance with District of South Carolina Local Bankruptcy Rule 9013-3.