## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-02804-jw |
| Terry Wayne Strickland and ) | |
| Mattie Charlene Strickland, ) | Chapter 12 |
| ) | |
| Debtors. ) | |
| _____) | |

### NOTICE OF PRE-CONFIRMATION CONFERENCE
### TO BE HELD TELEPHONICALLY

Notice is hereby given that the Pre-Confirmation Conference in the above-referenced matter scheduled for October 27, 2020 at 1:30 p.m. will be held telephonically by J. Kershaw Spong, Chapter 12 Trustee. If you wish to participate in the conference, please call promptly at 1:30 p.m. to the following toll-free number (866) 812-4190 and when prompted enter the participant code of 8354661.

/s/ J. Kershaw Spong
_____
J. Kershaw Spong, Trustee
District Court ID No. 531
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400

October 9, 2020

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 20-02804-jw |
| | ) |
| Terry Wayne Strickland and Mattie Charlene Strickland, | ) Chapter 12 |
| | ) |
| Debtors. | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee; that I have this day caused to be served upon the persons named below the **Notice of Pre-Confirmation Conference to be Held Telephonically** in the above captioned matter by emailing same to Debtor's counsel and all parties in interest which have filed a Notice of Appearance in this case as follows:

Reid B. Smith, Esquire
rsmith@birdsmithlaw.com
Attorney for Debtors

Amy H. Wooten, Esquire
ahwooten@wardandsmith.com
Attorney for Harvey Fertilizer and Gas Co.

PRA Receivables Management, LLC
claims@recoverycorp.com
Authorized agent for Synchrony Bank

M. Kevin McCarrell, Esquire
kmccarrell@foxrothschild.com
Attorney for Helena Agri-Enterprises, LLC

Luke M. Allen, Esquire
luke.allen@arlaw.com
Attorney for United Community Bank

Gentry Collins, Esquire
scbkr@brockandscott.com
Attorney for PHH Mortgage Corporation

J. Michael Fields, Esquire
jmf@wardandsmith.com
Attorney for Harvey Fertilizer and Gas Co.

Suzanne Taylor Graham Grigg, Esquire
sgrigg@nexsenpruet.com
Attorney for Anderson Brothers Bank

Reid E. Dyer, Esquire
reiddyer@mvalaw.com
Attorney for Deere & Company d/b/a John Deere Financial

_____
Melissa H. White, Paralegal for
J. Kershaw Spong (531)
P.O. Box 11449
Columbia, SC 29211
(803) 929-1400

Columbia, South Carolina
October 9, 2020