UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-02804-jw |
| Terry Wayne Strickland and ) | |
| Mattie Charlene Strickland, ) | Chapter 12 |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION FOR STATUS CONFERENCE TO ADDRESS CASE STATUS

J. Kershaw Spong, as the Chapter 12 Trustee ("Trustee"), hereby moves this Court for a status conference to address the case status and the below matters.

1.  Debtors filed their Chapter 12 bankruptcy case on July 6, 2020. Debtors have filed monthly reports for the months of July 2020, December 2020, and January 2021. Debtors have failed to file reports for the months of August 2020, September 2020, October 2020, November 2020, February, 2021, March 2021, April 2021, May 2021, and June 2021. Trustee has advised the Debtors on multiple occasions that the reports must be filed in a timely manner.

2.  On January 11, 2021, an Application for Informal Probate of Will and Appointment was filed with the Horry County Probate Court in the Estate of Virginia T. Strickland. Virginia Strickland was the mother of Terry Wayne Strickland. Mr. Strickland is listed as a beneficiary of his mother's estate. He is also listed as the Trustee of the Virginia T. Strickland Living Trust UTD December 21, 2009, Second Amendment and Restatement May 14, 2015. Trustee requested that Mr. Strickland provide an accounting of all assets he has received or will receive from his mother's estate and the Trust. Trustee also requested information on any life insurance policies that Virginia Strickland had that named the Debtors has beneficiaries and for the Debtors to account for any

funds received or to be received from those policies. Debtors should research this matter and provide all requested information to the Trustee.

3.     Mrs. Strickland was involved in an auto accident earlier this year in which she sustained injuries. Mrs. Strickland entered into a Contract for Legal Services on March 31, 2021 with The Derrick Law firm. Trustee has informed Debtors' counsel on several occasions that he needed to file an application for employment of The Derrick Law Firm. To date, an application has not been filed.

WHEREFORE, having set forth the need for a status conference to address the case status and other matters, the Trustee respectfully requests that the Court set this matter for a status conference, and for such other and further relief as the Court deems proper.

J. Kershaw Spong, Trustee
District Court ID No. 531
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400

July 28, 2021

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 20-02804-jw |
| | ) | |
| Terry Wayne Strickland and Mattie Charlene Strickland, | ) | Chapter 12 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee, that I have this day caused to be served upon the persons named below the **Motion for Status Conference to Address Case Status** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

See attached mailing matrix

_____
Melissa H. White

Columbia, South Carolina

July 28, 2021

```
Label Matrix for local noticing          Agrifund, LLC                            Agrifund, LLC
0420-2                                   c/o Markham Law Firm, LLC                c/o James C. Williams, Attorney
Case 20-02804-jw                         PO Box 20074                             P.O. Drawer 1960
District of South Carolina               Charleston, SC 29413-0074                Smithfield, NC 27577-1960
Charleston
Wed Jul 28 10:48:51 EDT 2021

Luke M Allen                             Anderson Brothers Bank                   Anderson Oil Co.
Adams and Reese LLP                      PO Box 301                               6920 US-76
1501 Main Street 5th Floor               Mullins SC 29574-0301                    Nichols SC 29581
Columbia, SC 29201-5801


Anderson Oil Company of Nichols, Inc.    ArborOne, ACA                            Linda Barr
6920 Highway 76                          800 Woody Jones Blvd                     Office of United States Trustee
Nichols, SC 29581-5334                   Florence SC 29501-7419                   1835 Assembly Street
                                                                                  Suite 953
                                                                                  Columbia, SC 29201-2448


Bill King                                C R Enterprises                          Gentry Collins
365 McNeil Rd                            2407 Marietta Lake Rd                    Brock & Scott, PLLC
Fair Bluff NC 28439-9694                 Camden SC 29020-1746                     8757 Red Oak Boulevard
                                                                                  Suite 150
                                                                                  Charlotte, NC 28217-3977


Deere & Company                          Reid E Dyer                              Dyrell's Auto Supply
John Deere Financial                     Moore & Van Allen, PLLC                  209 Green Sea Rd
23176 Network Place                      78 Wentworth Street                      Tabor City NC 28463-2401
Chicago, IL 60673-1231                   Charleston, SC 29401-1428


Edward J. Coyne, III                     James Michael Fields                     First Premier Bank
Ward & Smith, P.A.                       Ward and Smith, P.A.                     Att: Bankruptcy
PO Box 7068                              PO Box 8088                              P O Box 5524
Wilmington NC 28406-7068                 Greenville, NC 27835-8088                Sioux Falls SD 57117-5524


John E. Gardner                          Suzanne Taylor Graham Grigg              Harvey Fertilizer & Gas Co.
Murphy and Grantland, P. A.              Nexsen Pruet, LLC                        Att: Mike Pollard
PO BOX 6648                              PO Drawer 2426                           PO Box 189
Columbia, SC 29260-6648                  Columbia, SC 29202-2426                  Kinston NC 28502-0189


Harvey Fertilizer and Gas Co.            Harvey Fertilizer and Gas Co.            Helena Chemical Co.
Ward and Smith, P.A.                     c/o Amy H. Wooten, Esq.                  225 Schilling Blvd
c/o Amy H. Wooten, Esq.                  Post Office Box 33009                    Collierville TN 38017-7177
Post Office Box 33009                    Raleigh, NC 27636-3009
Raleigh, NC 27636-3009


Horry County Treasurer                   Horry County Treasurer                   Internal Revenue Service
1301 Second Ave.                         PO Box 1828                              Centralized Insolvency Operations
Conway SC 29526-5209                     Conway SC 29528-1828                     PO BOX 7346
                                                                                  Philadelphia PA 19101-7346


(p)DEERE CREDIT SERVICES INC             Kubota Credit Corp.                      Kubota Credit Corporation USA
ATTN LITIGATION & RECOVERY DEPARTMENT    1000 Kubota Dr.                          PO Box 2046
PO BOX 6600                              Grapevine TX 76051-2334                  Grapevine TX 76099-2046
JOHNSTON IA 50131-6600
```

| | | |
|---|---|---|
| Jeffrey C. Kull<br>Murphy and Grantland, P. A.<br>PO BOX 6648<br>Columbia, SC 29260-6648 | Luke M. Allen<br>Adams and Reese LLP<br>PO box 2285<br>Columbia SC 29202-2285 | Sean P. Markham<br>Markham Law Firm, LLC<br>PO Box 20074<br>Charleston, SC 29413-0074 |
| Michael Kevin McCarrell<br>Fox Rothschild LLP<br>2 West Washington Street<br>Suite 1100<br>Greenville, SC 29601-2784 | Julio E. Mendoza Jr.<br>Nexsen Pruet, LLC<br>PO Drawer 2426<br>Columbia, SC 29202-2426 | (p)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 |
| Mortgage Service Center/PHH Mortgage<br>Attn: Bankruptcy Department<br>Po Box 5452<br>Mount Laurel NJ 08054-5452 | PHI FINANCIAL<br>WEXFORD & JAMES AN AFFILIATE OF ALTUS<br>2910 WESTOWN PKWY, STE 102<br>WEST DES MOINES  IA 50266-1308 | PHI Financial Services<br>P.O. BOX 660635<br>Dallas TX 75266-0635 |
| PHI Financial Services, Inc.<br>P.O. BOX 1050<br>Johnston IA 50131-9415 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pee Dee Md<br>237 Warley St.<br>Florence SC 29501-4444 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | RSi East<br>Attn: Bankruptcy<br>1325 Garner Lane Ste C<br>Columbia SC 29210-8327 | Rick Mendoza<br>PO Box 2426<br>Columbia SC 29202-2426 |
| SC Department of Revenue<br>PO Box 125<br>Columbia SC 29202-0125 | Reid B. Smith<br>Bird and Smith, PA<br>1712 Saint Julian Place, Suite 102<br>Columbia, SC 29204-2447 | South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211-2265 |
| Southeast Farm Equipment<br>1424 Hwy 9 Business W<br>Loris SC 29569-8370 | J. Kershaw Spong<br>Robinson Gray Stepp & Laffitte, LLC<br>PO Box 11449<br>Columbia, SC 29211-1449 | Mattie Charlene Strickland<br>6470 Strickland Rd<br>Green Sea, SC 29545-4338 |
| Terry Wayne Strickland<br>6470 Strickland Rd<br>Green Sea, SC 29545-4338 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>Att: Bankruptcy Dept.<br>P.O. BOX 965060<br>Orlando FL 32896-5060 |
| Triangle Chemical Company<br>c/o Mr. Clifton E. Rouse, NC Credit Mana<br>406 Darden Drive<br>Kinston, NC 28504-6768 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | United Community Bank<br>125 Highway 515 E<br>Blairsville GA 30512-8579 |
| William Scott Strickland<br>5771 Broadwell Rd<br>Green Sea SC 29545-4509 | Amy H. Wooten<br>Ward and Smith, P.A.<br>Post Office Box 33009<br>Raleigh, NC 27636-3009 | Wrights Gas<br>235 US-701 Bypass<br>Tabor City NC 28463 |

(p)YAM CITY OIL & GAS CO
ATTN RAY LUPO
P O BOX 700
TABOR CITY NC 28463-0700

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Internal Revenue Service
Insolvency Group 4
1835 Assembly St.
MDP39
Columbia SC 29201

John Deere Financial
6400 NW 86th Street
P.O. BOX 6600
Johnston IA 50131-6600

Merchants Ad
Att: Bankruptcy
56 N Florida St.
Mobile AL 36607

Yam City Gas
902 E 5th St.
Tabor City NC 28463

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Helena Agri-Enterprises, LLC
Fox Rothschild LLP
2 W. Washington St.
Suite 1100
Greenville29601

(u)Anderson Brothers Bank

(u)ArborOne, ACA

(u)Deere & Company D/B/A John Deere Financial

(u)Nationwide Agribusiness Insurance

(u)PHH Mortgage Corporation

(u)United Community Bank

(du)United Community Bank

End of Label Matrix
Mailable recipients    60
Bypassed recipients     8
Total                  68