UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Terry Wayne Strickland and Mattie Charlene Strickland,<br><br>DEBTORS.<br><br>Address: 6470 Strickland Road, Green Sea, SC 29545<br><br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 1533 and 2363 | CASE NO: 20-02804-jw<br><br>CHAPTER: 12<br><br>**NOTICE OF MOTION TO DISMISS AND OPPORTUNITY FOR HEARING** |

TO: All Creditors and Parties in Interest:

    J. Kershaw Spong, Chapter 12 Trustee, has filed a motion with the Court seeking to dismiss the Debtors' Chapter 12 bankruptcy case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or you want the court to consider your views on the motion, then within twenty-one (21) days of service of this notice, you or your attorney must:

    File with the court a written response, return, or objection at:

        United States Bankruptcy Court
        1100 Laurel Street
        Columbia, SC 29201

    Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

    If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also send a copy to:

J. Kershaw Spong, Chapter 12 Trustee
Post Office Box 11449
Columbia, SC 29201

Attend the hearing scheduled to be heard on **MAY 18, 2022 at 10:30 a.m.** at the King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina 29401.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

_____
J. Kershaw Spong, Trustee (#531)
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400

Columbia, South Carolina

April 19, 2022

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 20-02804-jw |
| | ) |
| Terry Wayne Strickland and Mattie Charlene Strickland, | ) Chapter 12 |
| | ) |
| Debtors. | ) |
| | ) |

## MOTION TO DISMISS

J. Kershaw Spong, Trustee, moves for an Order dismissing the captioned case for cause pursuant to Debtors' failure to cooperate with the Chapter 12 Trustee and the requirements of Local Rule 2015-3. Debtors have failed to (1) make payments under the confirmed Chapter 12 Plan, (2) file monthly reports for the months of September 2021 forward; and cooperate with the Trustee on providing an asset accounting on Virginia Strickland's estate.

_____
J. Kershaw Spong, Trustee (#531)
Post Office Box 11449
Columbia, SC  29211
(803) 929-1400

Columbia, South Carolina
April 19th, 2022

## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: 20-02804-jw

### Order Dismissing Debtors' Chapter 12 Case

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-02804-jw |
| | ) | |
| Terry Wayne Strickland and | ) | Chapter 12 |
| Mattie Charlene Strickland, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER DISMISSING DEBTORS' CHAPTER 12 CASE

This matter comes before the Court on the Chapter 12 Trustee's Motion to Dismiss filed on April 19, 2022. The motion was properly served on the Debtors, Debtors' counsel, United States Trustee, and all creditors of the Debtors and no objections have been filed. Therefore, based upon grounds of the Trustee's motion, the Debtors' Chapter 12 case is hereby dismissed.

This Court retains authority and jurisdiction to rule on the pending applications of the Trustee for commission and costs and other matters relating to the closing of and administration of the case.

AND IT IS SO ORDERED.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 20-02804-jw |
| | ) |
| Terry Wayne Strickland and Mattie Charlene Strickland, | ) Chapter 12 |
| | ) |
| Debtors. | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee; that I have this day caused to be served upon the persons named below the **Notice of Motion to Dismiss and Opportunity for Hearing, Motion to Dismiss, and proposed Order Dismissing Debtor's Chapter 12 Case** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed on the attached mailing matrix. The parties on the attached Electronic Mail Notice List will receive electronic notice only.

/s/ Melissa H. White
Melissa H. White, Paralegal for
J. Kershaw Spong (531)
Post Office Box 11449
Columbia, SC 29211
(803)929-1400

Columbia, South Carolina

April 19, 2022

```
Label Matrix for local noticing          Agrifund, LLC                           Agrifund, LLC
0420-2                                    c/o Markham Law Firm, LLC               c/o James C. Williams, Attorney
Case 20-02804-jw                          PO Box 20074                            P.O. Drawer 1960
District of South Carolina                Charleston, SC 29413-0074               Smithfield, NC 27577-1960
Charleston
Tue Apr 12 16:25:27 EDT 2022

Luke M Allen                              Anderson Brothers Bank                  Anderson Oil Co.
Adams and Reese LLP                       PO Box 301                              6920 US-76
1501 Main Street 5th Floor                Mullins SC 29574-0301                   Nichols SC 29581
Columbia, SC 29201-5801


Anderson Oil Company of Nichols, Inc.     ArborOne, ACA                           Linda Barr
6920 Highway 76                           800 Woody Jones Blvd                    Office of United States Trustee
Nichols, SC 29581-5334                    Florence SC 29501-7419                  1835 Assembly Street
                                                                                   Suite 953
                                                                                   Columbia, SC 29201-2448


Bill King                                 C R Enterprises                         Gentry Collins
c/o Susan Hill                            2407 Marietta Lake Rd                   Brock & Scott, PLLC
418 Coastal View Court                    Camden SC 29020-1746                    8757 Red Oak Boulevard
Newport, NC 28570-5202                                                            Suite 150
                                                                                   Charlotte, NC 28217-3977


Deere & Company                           Reid E Dyer                             Dyrell's Auto Supply
John Deere Financial                      Moore & Van Allen, PLLC                 209 Green Sea Rd
23176 Network Place                       78 Wentworth Street                     Tabor City NC 28463-2401
Chicago, IL 60673-1231                    Charleston, SC 29401-1428


Edward J. Coyne, III                      James Michael Fields                    First Premier Bank
Ward & Smith, P.A.                        Ward and Smith, P.A.                    Att: Bankruptcy
PO Box 7068                               PO Box 8088                             P O Box 5524
Wilmington NC 28406-7068                  Greenville, NC 27835-8088               Sioux Falls SD 57117-5524


John E. Gardner                           Suzanne Taylor Graham Grigg             Harvey Fertilizer & Gas Co.
Murphy and Grantland, P. A.               Nexsen Pruet, LLC                       Att: Mike Pollard
PO BOX 6648                               PO Drawer 2426                          PO Box 189
Columbia, SC 29260-6648                   Columbia, SC 29202-2426                 Kinston NC 28502-0189


Harvey Fertilizer and Gas Co.             Harvey Fertilizer and Gas Co.           Helena Chemical Co.
Ward and Smith, P.A.                      c/o Amy H. Wooten, Esq.                 225 Schilling Blvd
c/o Amy H. Wooten, Esq.                   Post Office Box 33009                   Collierville TN 38017-7177
Post Office Box 33009                     Raleigh, NC 27636-3009
Raleigh, NC 27636-3009


Horry County Treasurer                    Horry County Treasurer                  Internal Revenue Service
1301 Second Ave.                          PO Box 1828                             Centralized Insolvency Operations
Conway SC 29526-5209                      Conway SC 29528-1828                    PO BOX 7346
                                                                                   Philadelphia PA 19101-7346


(p)DEERE CREDIT SERVICES  INC             John S. Kay                             Kubota Credit Corp.
ATTN LITIGATION & RECOVERY DEPARTMENT     Hutchens Law Firm                       1000 Kubota Dr.
PO BOX 6600                               240 Stoneridge Drive                    Grapevine TX 76051-2334
JOHNSTON IA 50131-6600                    Columbia, SC 29210-8013
```

Kubota Credit Corporation USA
PO Box 2046
Grapevine TX 76099-2046

Jeffrey C. Kull
Murphy and Grantland, P. A.
PO BOX 6648
Columbia, SC 29260-6648

Luke M. Allen
Adams and Reese LLP
PO box 2285
Columbia SC 29202-2285

Sean P. Markham
Markham Law Firm, LLC
P.O. Box 101
Mount Pleasant, SC 29465-0101

Michael Kevin McCarrell
Fox Rothschild LLP
2 West Washington Street
Suite 1100
Greenville, SC 29601-2784

Julio E. Mendoza Jr.
Nexsen Pruet, LLC
PO Drawer 2426
Columbia, SC 29202-2426

(p)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

Mortgage Service Center/PHH Mortgage
Attn: Bankruptcy Department
Po Box 5452
Mount Laurel NJ 08054-5452

PHI FINANCIAL
WEXFORD & JAMES AN AFFILIATE OF ALTUS
2910 WESTOWN PKWY, STE 102
WEST DES MOINES  IA 50266-1308

PHI Financial Services
P.O. BOX 660635
Dallas TX 75266-0635

PHI Financial Services, Inc.
P.O. BOX 1050
Johnston IA 50131-9415

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pee Dee Md
237 Warley St.
Florence SC 29501-4444

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

RSi East
Attn: Bankruptcy
1325 Garner Lane Ste C
Columbia SC 29210-8327

Rick Mendoza
PO Box 2426
Columbia SC 29202-2426

(p)SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF THE GENERAL COUNSEL - BANKRUPTCY SECTION
300A OUTLET POINTE BLVD
COLUMBIA SC 29210-5666

Reid B. Smith
Bird, & Smith, PA
112 Covington Dr
Chapin, SC 29036-9247

Southeast Farm Equipment
1424 Hwy 9 Business W
Loris SC 29569-8370

J. Kershaw Spong
Robinson Gray Stepp & Laffitte, LLC
PO Box 11449
Columbia, SC 29211-1449

Mattie Charlene Strickland
6470 Strickland Rd
Green Sea, SC 29545-4338

Terry Wayne Strickland
6470 Strickland Rd
Green Sea, SC 29545-4338

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank
Att: Bankruptcy Dept.
P.O. BOX 965060
Orlando FL 32896-5060

Triangle Chemical Company
c/o Mr. Clifton E. Rouse, NC Credit Mana
406 Darden Drive
Kinston, NC 28504-6768

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

United Community Bank
125 Highway 515 E
Blairsville GA 30512-8579

William Scott Strickland
5771 Broadwell Rd
Green Sea SC 29545-4509

Amy H. Wooten
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009

Wrights Gas
235 US-701 Bypass
Tabor City NC 28463

(p)YAM CITY OIL & GAS CO
ATTN RAY LUPO
P O BOX 700
TABOR CITY NC 28463-0700

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Internal Revenue Service
Insolvency Group 4
1835 Assembly St.
MDP39
Columbia SC 29201

John Deere Financial
6400 NW 86th Street
P.O. BOX 6600
Johnston IA 50131-6600

Merchants Ad
Att: Bankruptcy
56 N Florida St.
Mobile AL 36607

SC Department of Revenue
PO Box 125
Columbia SC 29214

(d)South Carolina Department of Revenue
PO Box 12265
Columbia, SC 29211-9979

Yam City Gas
902 E 5th St.
Tabor City NC 28463

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Helena Agri-Enterprises, LLC
Fox Rothschild LLP
2 W. Washington St.
Suite 1100
Greenville29601

(u)Anderson Brothers Bank

(u)ArborOne, ACA

(u)Deere & Company D/B/A John Deere Financial

(u)Nationwide Agribusiness Insurance

(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

(u)PHH Mortgage Corporation

(u)United Community Bank

(du)United Community Bank


End of Label Matrix
Mailable recipients    60
Bypassed recipients     9
Total                  69

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Luke M Allen**  luke.allen@arlaw.com, Jennifer.shirey@arlaw.com,lianna.sarasola@arlaw.com
- **Linda Barr**  linda.k.barr@usdoj.gov
- **Gentry Collins**  gentry.collins@brockandscott.com, wbecf@brockandscott.com
- **Reid E Dyer**  reiddyer@mvalaw.com
- **James Michael Fields**  jmf@wardandsmith.com, DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;jas@wardandsmith.com
- **John E. Gardner**  jgardner@murphygrantland.com
- **Suzanne Taylor Graham Grigg**  sgrigg@nexsenpruet.com, ecf@nexsenpruet.com
- **John S. Kay**  john.kay@hutchenslawfirm.com, Vanessa.hartley@hutchenslawfirm.com;Jodie.brull@hutchenslawfirm.com
- **Jeffrey C. Kull**  jkull@murphygrantland.com
- **Sean P. Markham**  smarkham@markhamlawsc.com, 3012@notices.nextchapterbk.com
- **Michael Kevin McCarrell**  kmccarrell@foxrothschild.com, eaccetta@foxrothschild.com
- **Julio E. Mendoza**  rmendoza@nexsenpruet.com, ecf@nexsenpruet.com
- **Reid B. Smith**  rsmith@birdsmithlaw.com, acalatrava@birdsmithlaw.com
- **J. Kershaw Spong**  kspong@robinsongray.com, mwhite@robinsongray.com;jguthrie@robinsongray.com
- **US Trustee's Office**  USTPRegion04.CO.ECF@usdoj.gov
- **Amy H. Wooten**  ahwooten@wardandsmith.com, DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;jas@wardandsmith.com