**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 20−02804−jw                           Chapter: 12

**In re:**

Terry Wayne Strickland                             Mattie Charlene Strickland

| Entered By The Court 5/27/22 | ORDER | Filed By The Court 5/27/22 Laura A. Austin Clerk of Court US Bankruptcy Court |

This matter is scheduled to come before the Court for a hearing on June 1, 2022, on the Motion to Dismiss filed by J. Kershaw Spong, Chapter 12 Trustee. There are no outstanding objections to the Motion and the case will be dismissed. The Trustee has requested that the dismissal order be entered after a further disbursement. Therefore, the hearing is removed from the calendar and the dismissal order will be entered upon further request by the Trustee. AND IT IS SO ORDERED. Signed by: Judge John E. Waites, US Bankruptcy Court – District of South Carolina (related document(s)265).

*John E. Waites*

John E. Waites
United States Bankruptcy Judge