# U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: 20-02804-jw

## Order Dismissing Debtors' Chapter 12 Case

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

_____

**FILED BY THE COURT**
**06/21/2022**



*signature: John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 06/21/2022

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-02804-jw |
| | ) | |
| Terry Wayne Strickland and | ) | Chapter 12 |
| Mattie Charlene Strickland, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## ORDER DISMISSING DEBTORS' CHAPTER 12 CASE

This matter comes before the Court on the Chapter 12 Trustee's Motion to Dismiss filed on April 19, 2022. The motion was properly served on the Debtors, Debtors' counsel, United States Trustee, and all creditors of the Debtors. Debtors filed an objection to the motion, but withdrew it on May 24, 2022. No other objections have been filed. Therefore, based upon grounds of the Trustee's motion, the Debtors' Chapter 12 case is hereby dismissed.

This Court retains authority and jurisdiction to rule on any applications of the Trustee for commission and costs and other matters relating to the closing of and administration of the case.

AND IT IS SO ORDERED.